**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MIKE BRINKMAN,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC, and ACCOUNT RESOLUTION SERVICES, LLC,

    Defendants.

Case No. 8:20-cv-02453-VMC-AAS

NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

DATED: November 10, 2020 	Respectfully submitted,

EQUIFAX INFORMATION SERVICES LLC

By: */s/ Tonya M. Esposito*
    Tonya M. Esposito (FL Bar No. 0118369)
    SEYFARTH SHAW LLP
    975 F Street, N.W.
    Washington D.C. 20004
    Telephone: (202) 828-5356
    Facsimile: (202) 641-9228
    tesposito@seyfarth.com

    *Attorney for Defendant*
    *Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

I certify that on November 10, 2020, I electronically filed the foregoing NOTICE OF PENDENCY OF OTHER ACTIONS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Tonya M. Esposito*
Tonya M. Esposito
*Attorney for Defendant*
*Equifax Information Services LLC*