UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIKE BRINKMAN,

  Plaintiff,

v.                                        CASE NO: 8:20-cv-2453-T-33AAS

EQUIFAX INFORMATION SERVICES LLC,
and ACCOUNT RESOLUTION SERVICES, LLC,

  Defendants.
_____/

## STATUS REPORT

The Plaintiff, MIKE BRINKMAN, by and through his counsel, hereby submits this status report as required by the Court's Order for Plaintiff to file a status report on his efforts to perfect service on Defendant, ACCOUNT RESOLUTION SERVICES, LLC [Doc. 13], and in support hereof states as follows:

1. On October 21, 2020, Plaintiff filed his complaint against Defendants and attached his proposed summons.

2. On October 21, 2020, the proposed summons was returned for service in which Plaintiff sent associating documents to Process Server on October 22, 2020.

3. On October 28, 2020, Plaintiff was notified of the Process Server's first attempt stating Defendant's agent was no longer receiving service at the proposed address and directed the Process Server to serve at a different location.

4. On November 5, 2020, Plaintiff received an automated message from the Process Server confirming Defendant, Account Resolution Services, LLC, was served at 9:03 a.m.

5. On November 8, 2020, Plaintiff was provided an unsigned affidavit from the Process Server showing service was completed.

6. On November 10, 2020, Plaintiff reached out to the Process Server requesting a signed Return of Service to be filed with the Court.

7. Plaintiff is still currently waiting to receive a signed Return of Service from the Process Server.

Respectfully submitted,

/s/Octavio Gomez_____
Octavio Gomez, Esq.
Morgan & Morgan Tampa, P.A.
201 N. Franklin Street, Suite 700
Tampa, Florida 33602
Tel: 813-223-5505
Fax: 813-983-2889
TGomez@ForThePeople.com
DGagliano@ForThePeople.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 11, 2020, a true and correct copy of the above and foregoing has been filed with the Court using the Court's CM/ECF system, will cause a copy to be sent to all attorneys.

/s/ Octavio Gomez_____
Octavio Gomez, Esquire
Florida Bar No.: 0338620