## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MIKE BRINKMAN,

  Plaintiff,

                                             CASE NO.:  8:20-CV-02453

-vs-

EQUIFAX INFORMATION SERVICES LLC
and ACCOUNT RESOLUTION SERVICES,
LLC,

  Defendants.

_____/

## NOTICE OF MEDIATION

      PLEASE TAKE NOTICE that on the March 11, 2021, mediation will be held in the above-

captioned cause of action before, Peter J. Grilli, Mediator, via Zoom Video Conference due to the

ongoing pandemic (COVID-19).

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via electronic mail this 4th day of December, 2020 to all parties of record via the court's

CM/ECF Server.

                                    */s/ Octavio "Tav" Gomez*
                                    Octavio "Tav" Gomez
                                    Florida Bar No.: 0338620
                                    Morgan & Morgan, Tampa, P.A.
                                    201 N. Franklin Street, Suite 700
                                    Tampa, Florida 33602
                                    Telephone: 813-225-2645
                                    Facsimile: (813) 983-2889
                                    TGomez@ForThePeople.com
                                    DGagliano@ForThePeople.com
                                    *Attorney for Plaintiff*