**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Case No.: 8:20-cv-02453-VMC-AAS

MIKE BRINKMAN,

    Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC and ACCOUNT
RESOLUTION SERVICES, LLC.,

    Defendants.
_____/

**DEFENDANT, HEALTHCARE REVENUE RECOVERY GROUP, LLC D/B/A ARS ACCOUNT RESOLUTION SERVICES' CERTIFICATE OF COMPLIANCE WITH COURT'S FAST TRACK SCHEDULING ORDER [DE 8] REQUIRING PRODUCTION OF DOCUMENTS TO PLAINTIFF**

COMES NOW Defendant, Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services ("ARS"), by and through its undersigned counsel, and certifies that on **January 12, 2021**, that Defendant, ARS produced documents to Plaintiff's counsel as directed by the Court's Fast Track Scheduling Order [**DE 8, par. 1(b)**].

                                      Respectfully submitted,

                                      */s/ Ernest H. Kohlmyer, III*
                                      Ernest H. Kohlmyer, III

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on this **12th day of January 2021**, with the Clerk of the Court by using the electronic filing system. I further certify that the foregoing has been sent via electronic transmission to the following: to Octavio "Tav" Gomez, Esquire of Morgan & Morgan, P.A. at TGomez@ForThePeople.com and DGagliano@ForThePeople.com. *(Attorneys for Plaintiff.)*

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esq., LL.M.
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services*