UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MIKE BRINKMAN,**

**Plaintiff,**

v.                                        Case No.: 8:20-cv-02453-VMC-AAS

**EQUIFAX INFORMATION
SERVICES LLC, et al.**

**Defendants.**
_____/

**NOTICE OF CANCELLATION OF MEDIATION**

PLEASE TAKE NOTICE that the mediation scheduled for March 11, 2021, has been cancelled by the undersigned Mediator.

Done February 11, 2021 in Tampa, Florida.

Respectfully submitted,

/s/ Peter J. Grilli
Peter J. Grilli, Esq.
Florida Bar No. 237851
Mediator
3001 West Azeele Street
Tampa, Florida 33609
813.874.1002     Fax: 813.874.1131
email: peter@grillimediation.com

I HEREBY CERTIFY that February 11, 2021 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

/s/ Peter J. Grilli
Peter J. Grilli, Esq.
