# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MIKE BRINKMAN,**

    **Plaintiff,**                       Case No.  8:20-cv-02453

v.

**EQUIFAX INFORMATION SERVICES, LLC and ACCOUNT RESOLUTION SERVICES, LLC,**

    **Defendants.**
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation video conference was held on March 11, 2021 at 9:30 a.m. where the parties conducted mediation settlement discussions. Plaintiff, Mike Brinkman attended and was represented by lead trial counsel; and Defendant's Corporate Representative, lead trial counsel and insurance adjuster attended and participated in good faith. <u>The parties have reached an impasse.</u>

    Done March 11, 2021, in Tampa, Florida.

                                               Respectfully submitted,

                                               <u>/s/ *Gregory P. Holder*</u>
                                               Gregory P. Holder, Esq.
                                               Florida Bar No. 39326
                                               Mediator
                                               610 W. Horatio St.
                                               Tampa, Florida 33606
                                               (813) 773-5106    Fax: (727) 498-8902
                                               email: <u>greg@zinoberdiana.com</u>

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that March 11, 2021, I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

/s/ *Gregory P. Holder*
Gregory P. Holder, Esq.