**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**Case No.: 8:20-cv-02453-VMC-AAS**

MIKE BRINKMAN,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC
and ACCOUNT RESOLUTION SERVICES,
LLC.,

    Defendants.

_____/

**DEFENDANT, ACCOUNT RESOLUTION SERVICES'
CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT**

COMES NOW, the Defendant, ARS Account Resolution Services ("ARS"), by and through its undersigned counsel, and files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and herein states as follows:

I hereby disclose the following pursuant to this Court's interested persons order:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in

1

the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

| | |
|---|---|
| ARS Account Resolution Services | Defendant |
| Ernest H. Kohlmyer, III, Esquire | Counsel for Defendant |
| Shepard, Smith, Kohlmyer & Hand, P.A. | Counsel for Defendant |
| Mike Brinkman | Plaintiff |
| Octavio Gomez, Esquire | Counsel for Plaintiff |
| Morgan & Morgan, Tampa, P.A. | Counsel for Plaintiff |

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Healthcare Revenue Recovery Group, LLC.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or twenty largest unsecured creditors) in bankruptcy cases:

Healthcare Revenue Recovery Group, LLC.

4. The name of each victim (individual or corporate) or civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

The plaintiff is alleged to be a victim of wrongful civil conduct.

5.  I hereby certify that, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this **18th day of March 2021**.

>Respectfully submitted,
>
>*/s/ Ernest H. Kohlmyer, III*
>Ernest H. Kohlmyer, III, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **March 18, 2021**, via the Court Clerk's CM/ECF system and copy furnished to Octavio "Tav" Gomez, Esquire of Morgan & Morgan, P.A. at TGomez@ForThePeople.com and DGagliano@ForThePeople.com. *(Attorneys for Plaintiff.)*

>*/s/ Ernest H. Kohlmyer, III*
>Ernest H. Kohlmyer, III
>Florida Bar No.: 0110108
>Skohlmyer@shepardfirm.com
>Shepard, Smith, Kohlmyer & Hand, P.A.
>2300 Maitland Center Parkway, Suite 100
>Maitland, Florida 32751
>Phone: (407) 622-1772
>*Attorneys for Defendant, ARS Account Resolution Service*