UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case: 8:20-cv-02453-VMC-AAS

MIKE BRINKMAN,

    Plaintiff,

v.

ACCOUNT RESOLUTION
SERVICES, LLC.,

    Defendants.
_____/

**JOINT MOTION TO MODIFY SCHEDULE FOR EXTENSION OF DISCOVERY AND DISPOSITIVE MOTION DEADLINES ONLY**

Plaintiff Mike Brinkman ("Plaintiff") and Defendant Account Resolution Services, LLC ("ARS")[1] jointly move this Court pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Rule 3.01 of the Local Rules for the Middle District of Florida, for a modification of the schedule to briefly extend the discovery deadline by nine (9) days and the dispositive

---

[1] The legal name of the Defendant is Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services.

motion deadline by six (6) days for the limited purpose of completing expert discovery and state:

1. The Case Management and Scheduling Order (**DE 39)** sets the discovery deadline in this case on August 11, 2021, and the deadline for dispositive and *Daubert* motions on August 25, 2021.

2. As the parties did not include a proposed deadline for expert disclosures in the Case Management Report [**DE 36**] neither did the Court include expert disclosure deadlines in the Case Management and Scheduling Order.

3. The parties have completed all but the expert discovery in this case, including the deposition of Plaintiff's expert on July 23, 2021, and have been working diligently to conclude all discovery matters by the August 11th deadline; however, due to scheduling conflicts, personal matters that required the undersigned to travel out of town for a family funeral, and other time constraints of the expert witness retained by ARS, certain expert discovery remains unfinished. While ARS's expert disclosure with report will likely be served by August 11, 2021, the expert witness is unavailable for deposition until after the deadline.

4. Despite their best efforts to complete discovery within the time allowed by the Court, the parties recognize they will be unable to conduct

necessary expert discovery before the August 11, 2021 deadline and seek a brief extension to and including August 20, 2021 to complete the remaining expert disclosure and deposition.

5. As the disclosure and deposition of ARS's expert witness will be necessary for dispositive motions and integral to *Daubert* motions, the parties also respectfully request a brief extension of the August 25, 2021 motion deadline to and including August 31, 2021.

6. For good cause, the parties seek an additional nine (9) days to complete expert discovery in this case and an additional six (6) days to file motions for summary judgment and *Daubert* motions and certify that they will continue to work diligently to meet these deadlines. The requested extensions will allow complete discovery, thorough dispositive motions, and full trial preparation in this case.

7. This is the Parties' first request for an extension and this motion is not filed for any dilatory or improper purpose. The relief sought by this motion will not impact any other deadlines in this case and will allow the parties to complete the remaining expert discovery as soon as possible.

WHEREFORE, Plaintiff and ARS respectfully request this Court find good cause to grant their Joint Motion and enter an order modifying the

schedule to extend the discovery deadline to August 20, 2021, and the dispositive motion deadline to August 31, 2021.

## Memorandum of Law

Regarding case management and scheduling, Rule 16(b) of the Federal Rules of Civil Procedure provides in part: *"Modifying a Schedule. A schedule may be modified only for good cause and with the judge's consent."* Fed. R. Civ. P. 16(b)(4). The parties assert that they have demonstrated good cause to modify the schedule by extending the discovery deadline by nine (9) days and the dispositive motion deadline by six (6) days.

With regard to disclosure of expert testimony, Rule 26(a)(2) provides in part: ". . . (D) *Time to Disclose Expert Testimony*. . . . Absent a stipulation or a court order, the disclosures must be made: (i) at least 90 days before the date set for trial or for the case to be ready for trial; or (ii) if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party…, within 30 days after the other party's disclosure." Applying this Rule to this action, "30 days after the other party's disclosure" on July 16, 2021 is August 15, 2021, which is after the August 11, 2021 discovery deadline in the Case Management and Scheduling Order.

4

Although ARS immediately sought an expert to rebut Plaintiff's July 16, 2021 Report of Evan Hendricks and Mr. Hendricks' July 23, 2021 deposition testimony, ARS was not able to secure the services of an expert until August 2, 2021. Further, while ARS's expert witness might be able to complete his report in time for ARS to serve its rebuttal expert disclosure by August 11, 2021, the expert witness is not available for a deposition until after August 11, 2021, specifically during the week of August 16, 2021. Thereafter, the parties will need additional time to prepare summary judgment motions and *Daubert* motions based on the report and deposition testimony of ARS's expert witness.

In light of the time constraints, and efforts made by the parties to meet the scheduled deadlines, they assert that good cause exists to modify the current schedule by extending the discovery deadline by nine (9) days to August 20, 2021, and the dispositive motion deadline by six (6) days to August 31, 2021.

Dated this **4th Day of August 2021**.

Respectfully submitted,

| | |
|---|---|
| */s/ Octavio "Tav" Gomez* | */s/ Mary Grace Dyleski* |
| Octavio "Tav" Gomez | Mary Grace Dyleski |
| Florida Bar No.: 0338620 | Florida Bar No.: 143383 |
| Morgan & Morgan, Tampa, P.A. | Ernest H. Kohlmyer, III |
| 201 N. Franklin Street, Suite 700 | Florida Bar No.: 110108 |

| | |
|---|---|
| Tampa, Florida 33602 | Shepard Smith Kohlmyer & Hand, PA |
| Telephone: (812) 225-6745 | 2300 Maitland Ctr Pkwy, Suite 100 |
| Facsimile: (813) 983-2889 | Maitland, Florida 32751 |
| TGomez@ForThePeople.com | Tel: 407-622-1772/ Fax: 407-622-1884 |
| DGagliano@ForThePeople.com | mdyleski@shepardfirm.com |
| *Attorney for Plaintiff* | skohlmyer@shepardfirm.com |
| | *Attorneys for Defendant ARS* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on August 4, 2021, via the Court Clerk's CM/ECF system which will provide notice to: Octavio "Tav" Gomez, Esquire at TGomez@forthepeople.com and DGagliano@forthepeople.com *(Attorneys for the Plaintiff).*

*/s/ Mary Grace Dyleski*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
Skohlmyer@shepardfirm.com
Mary Grace Dyleski
Florida Bar No.: 143383
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Tel: (407) 622-1772
Fax: (407) 622-1884
*Attorneys for Defendant, ARS*