Guaranteed Rate, Inc

# Uniform Residential Loan Application

LOAN #: 4077

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

Borrower _____ Co-Borrower _____

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA ☐ FHA | ☒ Conventional ☐ USDA/Rural Housing Service | ☐ Other (explain): | Agency Case Number | Lender Case Number 4077 |
|---|---|---|---|---|---|
| Amount $ 356,400.00 | Interest Rate 3.990 % | No. of Months 360 | Amortization Type: | ☒ Fixed Rate ☐ GPM | ☐ Other (explain): ☐ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, & ZIP) ghtner Bridge Dr, Tampa, FL County: Hillsborough | No. of Units 1 |
|---|---|
| Legal Description of Subject Property (attach description if necessary) **See Title** | Year Built |

Purpose of Loan ☒ Purchase ☐ Construction ☐ Other (explain): ☐ Refinance ☐ Construction-Permanent

Property will be: ☒ Primary Residence ☐ Secondary Residence ☐ Investment

*Complete this line if construction or construction-permanent loan.*

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a + b) $ |
|---|---|---|---|---|---|

*Complete this line if this is a refinance loan.*

| Year Acquired | Original Cost $ | Amount Existing Liens $ | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made Cost: $ |
|---|---|---|---|---|

| Title will be held in what Name(s) **Michael A Brinkman, Diana G Brinkman** | Manner in which Title will be held **Joint tenants** | Estate will be held in: ☒ Fee Simple ☐ Leasehold (show expiration date) |
|---|---|---|

Source of Down Payment, Settlement Charges, and/or Subordinate Financing (explain)
**Checking/Savings**

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name (include Jr. or Sr. if applicable) | Michael A Brinkman | Diana G Brinkman |
| Social Security Number | 041 | 1755 |
| Home Phone | 7714 | 7714 |
| DOB (mm/dd/yyyy) | | |
| Yrs. School | 18 | 18 |
| Marital Status | ☒ Married ☐ Unmarried ☐ Separated | ☒ Married ☐ Unmarried ☐ Separated |
| Dependents (not listed by other) | no. 1 ages 2 | no. 0 ages |
| Present Address | 1701 North Lois Avenue 335, Tampa, FL 33607 ☐ Own ☒ Rent No. Yrs. 1Y 9M | 1701 North Lois Avenue 335, Tampa, FL 33607 ☐ Own ☒ Rent No. Yrs. 1Y 9M |
| Mailing Address, if different from Present Address | 1701 North Lois Avenue 335, Tampa, FL 33607 | 1701 North Lois Avenue 335, Tampa, FL 33607 |

*If residing at present address for less than two years, complete the following:*

| Former Address | 1310 Canyon Oaks Drive, Brandon, FL 33510 ☒ Own ☐ Rent No. Yrs. 3Y 7M | 1310 Canyon Oaks Drive, Brandon, FL 33510 ☒ Own ☐ Rent No. Yrs. 3Y 7M |
|---|---|---|

## IV. EMPLOYMENT INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer | **Pinch a Penny** 6385 150th Ave N Clearwater, FL 33760 ☐ Self Employed | **AdventHealth Tampa** 3100 E Fletcher Ave Tampa, FL 33613-4613 ☐ Self Employed |
| Yrs. on this job | 0Y 9M | 5Y 9M |
| Yrs. employed in this line of work/profession | 1 | 7 |
| Position/Title/Type of Business | **Analytics Manager** | **Nurse Educator** |
| Business Phone | 727-531-8913 | |

*If employed in current position for less than two years or if currently employed in more than one position, complete the following:*

Uniform Residential Loan Application
Freddie Mac Form 65  7/05 (rev.6/09)

Page 1 of 6

Fannie Mae Form 1003  7/05 (rev.6/09)
GURLA09_S  0817
GURLA09S (POD)

Ellie Mae, Inc.

03/10/2020 08:25 AM PST

Guaranteed Rate, Inc

ULI: 549300U3721PJGQZYY6820284407778  LOAN #: ____4077

| Borrower | | | | IV. EMPLOYMENT INFORMATION | Co-Borrower | | |
|---|---|---|---|---|---|---|---|
| Name & Address of Employer<br>**Laser Spine Institute**<br>5332 Avion Park Dr<br>Tampa, FL 33607 | ☐ Self Employed | Dates (from–to)<br>08/01/2013 -<br>03/01/2019 | | Name & Address of Employer | ☐ Self Employed | Dates (from–to) | |
| | | Monthly Income<br>$6,917 | | | | Monthly Income<br>$ | |
| Position/Title/Type of Business<br>**Sr Mgr Marketing Analyitics** | | Business Phone (incl. area code)<br>813-682-2944 | | Position/Title/Type of Business | | Business Phone (incl. area code) | |
| Name & Address of Employer | ☐ Self Employed | Dates (from–to) | | Name & Address of Employer | ☐ Self Employed | Dates (from–to) | |
| | | Monthly Income<br>$ | | | | Monthly Income<br>$ | |
| Position/Title/Type of Business | | Business Phone (incl. area code) | | Position/Title/Type of Business | | Business Phone (incl. area code) | |

### V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 7,083.33 | $ 8,486.40 | $ 15,569.73 | Rent | $ 2,200.00 | |
| Overtime | | | | First Mortgage (P&I) | | $ 1,699.45 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | | 107.25 |
| Dividends/Interest | | | | Real Estate Taxes | | 313.75 |
| Net Rental Income | | | | Mortgage Insurance | | 124.74 |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | 24.25 |
| | | | | Other: | | 0.00 |
| Total | $ 7,083.33 | $ 8,486.40 | $ 15,569.73 | Total | $ 2,200.00 | $ 2,269.44 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

**Describe Other Income**  Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |

### VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.

Completed ☐ Jointly ☐ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address, and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities, which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | | | |
| | | Borrower (B), Co-Borrower (C), Joint (J)<br>**LIABILITIES** | Monthly Payment & Months Left to Pay | Unpaid Balance |
| *List checking and savings accounts below* | | Name and address of Company  (C)<br>US DEPT OF ED/GLELSI<br>PO BOX 7860<br>MADISON, WI 53707 | $ Payment/Months<br>818.00<br>36 | $ 61,042.00 |
| Name and address of Bank, S&L, or Credit Union<br>Wells Fargo - AC | | | | |
| | | Acct. no. ____8581 | | |
| Acct. no. 7175 | $ 41,772.90 | Name and address of Company  (C)<br>WELLS FARGO BANK NV NA<br>PO BOX 94435<br>ALBUQUERQUE, NM 87199 | $ Payment/Months<br>484.00<br>48 | $ 20,082.00 |
| Name and address of Bank, S&L, or Credit Union<br>Wells Fargo - AC | | | | |
| | | Acct. no. ____0001 | | |
| Acct. no. 1262 | $ 1,811.55 | Name and address of Company  (C)<br>WF CRD SVC<br>PO BOX 14517<br>DES MOINES, IA 50306 | $ Payment/Months<br>387.00<br>39 | $ 14,791.00 |
| Name and address of Bank, S&L, or Credit Union<br>Wells Fargo - AC | | | | |
| | | Acct. no. 3741 | | |

Uniform Residential Loan Application  Michael A Brinkman  Fannie Mae Form 1003  7/05 (rev.6/09)
Freddie Mac Form 65  7/05 (rev.6/09)  Page 2 of 6  GURLA09_S  0817
Ellie Mae, Inc.  GURLA09S (POD)
03/10/2020 08:25 AM PST

Guaranteed Rate, Inc

ULI: 549300U3721PJGQZYY6820284407778  LOAN #: 4077

## VI. ASSETS AND LIABILITIES (cont'd)

| Acct. no. 9240 | $ 19,685.63 | Name and address of Company (C) NAVIENT PO BOX 9655 WILKES BARRE, PA 18773 | $ Payment/Months 107.00 66 | $ 11,720.00 |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. 2600 | | |
| Acct. no. | $ | Name and address of Company (B) BK OF AMER PO BOX 45144 JACKSONVILLE, FL 32231 | $ Payment/Months 362.00 30 | $ 10,522.00 |
| Stocks & Bonds (Company name/number & description) | $ | | | |
| | | Acct. no. 0175 | | |
| | | Name and address of Company (C) NAVIENT PO BOX 9655 WILKES BARRE, PA 18773 | $ Payment/Months 93.00 42 | $ 10,349.00 |
| Life insurance net cash value Face amount: $ | $ | | | |
| **Subtotal Liquid Assets** | $ 63,270.08 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ | Acct. no. 2576 | | |
| | | Name and address of Company *See Sch Of Liabilities | $ Payment/Months 3,584.00 | $ 34,005.00 |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) | $ | | | |
| | | Acct. no. | | |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | | | |
| | | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | **Total Monthly Payments** | $ 2,813.00 | |
| **Total Assets a.** | $ 63,270.08 | Net Worth (a minus b) $ (96,218.92) | **Total Liabilities b.** | $ 159,489.00 |

Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| | | $ | $ | $ | $ | $ | $ |
| | | | | | | | |
| | | | | | | | |
| | Totals | $ | $ | $ | $ | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

| VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS | Borrower | | Co-Borrower | |
|---|---|---|---|---|---|---|
| | | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | Yes | No | Yes | No |
| a. Purchase Price | $ 396,000.00 | | | | | |
| b. Alterations, improvements, repairs | | | | | | |
| c. Land (if acquired separately) | | a. Are there any outstanding judgments against you? | | X | | X |
| d. Refinance (incl. debts to be paid off) | | b. Have you been declared bankrupt within the past 7 years? | | X | | X |
| e. Estimated prepaid items | 3,204.76 | c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | X | | X |
| f. Estimated closing costs | 5,655.50 | | | | | |
| g. PMI, MIP, Funding Fee | | d. Are you a party to a lawsuit? | | X | | X |
| h. Discount (if Borrower will pay) | | e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | X | | X |
| i. Total costs (add items a through h) | 404,860.26 | | | | | |
| j. Subordinate financing | | | | | | |
| k. Borrower's closing costs paid by Seller | | | | | | |

Uniform Residential Loan Application  
Freddie Mac Form 65   7/05 (rev.6/09)

Ellie Mae, Inc.

Michael A Brinkman  
Page 3 of 6

Fannie Mae Form 1003   7/05 (rev.6/09)  
GURLA09_S   0817  
GURLA09S (POD)  
03/10/2020 08:25 AM PST

Guaranteed Rate, Inc

ULI: 549300U3721PJGQZYY6820284407778                                                                                          LOAN #: 4077

| VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS | Borrower | | Co-Borrower | |
|---|---|---|---|---|---|---|
| | | | Yes | No | Yes | No |
| l. Other Credits (explain) Seller Credit | 1,500.00 | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | | | | |
| | | f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | | [X] | | [X] |
| | | g. Are you obligated to pay alimony, child support, or separate maintenance? | | [X] | | [X] |
| | | h. Is any part of the down payment borrowed? | | [X] | | [X] |
| | | i. Are you a co-maker or endorser on a note? | | [X] | | [X] |
| | | j. Are you a U.S. citizen? | [X] | | [X] | |
| | | k. Are you a permanent resident alien? | | [X] | | [X] |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 356,400.00 | l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | [X] | | [X] | |
| n. PMI, MIP, Funding Fee financed | | m. Have you had an ownership interest in a property in the last three years? | [X] | | [X] | |
| o. Loan amount (add m & n) | 356,400.00 | (1) What type of property did you own – principal residence (PR), second home (SH), or investment property (IP)? | PR | | PR | |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | 46,960.26 | (2) How did you hold title to the home – by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | SP | | SP | |

### IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors, and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgement. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature X | Date | Co-Borrower's Signature X | Date |
|---|---|---|---|

### X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | [ ] I do not wish to furnish this information | | | CO-BORROWER | [ ] I do not wish to furnish this information. | | |
|---|---|---|---|---|---|---|---|
| Ethnicity: | [ ] Hispanic or Latino | [ ] Not Hispanic or Latino | | Ethnicity: | [ ] Hispanic or Latino | [ ] Not Hispanic or Latino | |
| Race: | [ ] American Indian or Alaska Native [ ] Native Hawaiian or Other Pacific Islander | [ ] Asian [ ] White | [ ] Black or African American | Race: | [ ] American Indian or Alaska Native [ ] Native Hawaiian or Other Pacific Islander | [ ] Asian [ ] White | [ ] Black or African American |
| Sex: | [ ] Female | [ ] Male | | Sex: | [ ] Female | [ ] Male | |

To be Completed by Loan Originator:
This information was provided:
[ ] In a face-to-face interview
[ ] In a telephone interview
[ ] By the applicant and submitted by fax or mail
[ ] By the applicant and submitted via e-mail or the Internet

| Loan Originator's Signature X | | Date |
|---|---|---|
| Loan Originator's Name (print or type) Jim Giacone | Loan Originator Identifier 174500  /  State License # - FL - LO181 - MLD1102 | Loan Originator's Phone Number (including area code) 561-226-4208 |
| Loan Origination Company's Name Guaranteed Rate, Inc | Loan Origination Company Identifier 2611  /  State License # - MLD1102 | Loan Origination Company's Address 2000 PGA Blvd Suite B-2110 Palm Beach Gardens, FL 33408 |

Uniform Residential Loan Application
Freddie Mac Form 65   7/05 (rev.6/09)

Page 4 of 6

Fannie Mae Form 1003   7/05 (rev.6/09)

Ellie Mae, Inc.

GURLA09DI_S   0418
GURLA09S (POD)
03/10/2020 08:25 AM PST

Guaranteed Rate, Inc

ULI: 549300U3721PJGQZYY6820284407778                                    LOAN #: 4077

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. | Borrower: **Michael A Brinkman** | Agency Case Number: |
| --- | --- | --- |
| | Co-Borrower: **Diana G Brinkman** | Lender Case Number: 4077 |

### VI. ASSETS AND LIABILITIES

| Assets | Cash or Market Value | Borrower (B), Co-Borrower (C), Joint (J) Liabilities | Monthly Payment & Months Left to Pay | Unpaid Balance |
| --- | --- | --- | --- | --- |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company **(C)** NAVIENT PO BOX 9655 WILKES BARRE, PA 18773 | $ Payment/Months 85.00 54 | $ 9,305.00 |
| Acct. No. | $ | Acct. No. 2584 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company **(B)** WFDS | $ Payment/Months 291.00 31 | $ 8,588.00 |
| Acct. No. | $ | Acct. No. 6845 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company **(B)** FED LOAN SERV PO BOX 60610 HARRISBURG, PA 17106 | $ Payment/Months 59.00 84 | $ 4,072.00 |
| Acct. No. | $ | Acct. No. 0003 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company **(B)** CAPITAL ONE | $ Payment/Months 29.00 102 | $ 2,942.00 |
| Acct. No. | $ | Acct. No. 7539 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company **(B)** ARS 1643 NW 136TH AVE SUNRISE, FL 33323 | $ Payment/Months (2,811.00) 0 | $ (2,811.00) |
| Acct. No. | $ | Acct. No. 9439 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company **(B)** FED LOAN SERV PO BOX 60610 HARRISBURG, PA 17106 | $ Payment/Months 33.00 80 | $ 1,956.00 |
| Acct. No. | $ | Acct. No. 0002 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company **(B)** FED LOAN SERV PO BOX 60610 HARRISBURG, PA 17106 | $ Payment/Months 29.00 91 | $ 1,955.00 |
| Acct. No. | $ | Acct. No. 0005 | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date | Co-Borrower's Signature: | Date |
| --- | --- | --- | --- |
| X | | X | |

**Uniform Residential Loan Application**
Freddie Mac Form 65   7/05 (rev.6/09)
Ellie Mae, Inc.

Page 5 of 6

Fannie Mae Form 1003   7/05 (rev.6/09)
GURLA09AL_S   0817
GURLA09S (POD)
03/10/2020 08:25 AM PST

Guaranteed Rate, Inc

ULI: 549300U3721PJGQZYY6820284407778　　　　　　　　　　　　　　　　　　　　　　　　　　　　　LOAN #: 4077

## Continuation Sheet/Residential Loan Application

| | |
|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. | Borrower: **Michael A Brinkman** |
| | Co-Borrower: **Diana G Brinkman** |

| | |
|---|---|
| Agency Case Number: | |
| Lender Case Number: | 4077 |

### VI. ASSETS AND LIABILITIES

| Assets | Cash or Market Value | Liabilities  Borrower (B), Co-Borrower (C), Joint (J) | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company **(B)**  FED LOAN SERV  PO BOX 60610  HARRISBURG, PA 17106 | $ Payment/Months  20.00  88 | $  1,423.00 |
| Acct. No. | $ | Acct. No. 0004 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company **(C)**  NAVIENT  PO BOX 9655  WILKES BARRE, PA 18773 | $ Payment/Months  16.00  0 | $  742.00 |
| Acct. No. | $ | Acct. No. 2568 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company **(B)**  TELECOM SELF-REPORTED  PO BOX 4500  ALLEN, TX 75013 | $ Payment/Months  (117.00)  0 | $  (117.00) |
| Acct. No. | $ | Acct. No. 2F6E | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company **(B)**  UTILITY SELF-REPORTED  PO BOX 4500  ALLEN, TX 75013 | $ Payment/Months  (94.00)  0 | $  (94.00) |
| Acct. No. | $ | Acct. No. 77F8 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| Acct. No. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| Acct. No. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| Acct. No. | $ | Acct. No. | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date | Co-Borrower's Signature: | Date |
|---|---|---|---|
| X | | X | |

**Uniform Residential Loan Application**  
Freddie Mac Form 65  7/05 (rev.6/09)  
Ellie Mae, Inc.　　　　　　　　　　　　　　　Page 6 of 6

Fannie Mae Form 1003  7/05 (rev.6/09)  
GURLA09AL_S  0817  
GURLA09S (POD)  
03/10/2020 08:25 AM PST

## Demographic Information Addendum. This section asks about your ethnicity, sex and race.

### Demographic Information of Borrower

**The purpose of collecting this information** is to help ensure that all the applicants are treated fairly and that the housing needs of communities and neighborhoods are being fulfilled. For residential mortgage lending, Federal law requires that we ask applicants for their demographic information (ethnicity, sex, and race) in order to monitor our compliance with equal credit opportunity, fair housing, and home mortgage disclosure laws. You are not required to provide this information, but are encouraged to do so. You may select one or more designations for "Ethnicity" and one or more designations for "Race." **The law provides that we may not discriminate** on the basis of this information, or on whether you choose to provide it. However, if you choose not to provide the information and you have made this application in person, Federal regulations require us to note your ethnicity, sex, and race on the basis of visual observation or surname. The law also provides that we may not discriminate on the basis of age or marital status information you provide in this application. If you do not wish to provide some or all of this information, please check below.

**Ethnicity:** *Check one or more*
- ☐ Hispanic Or Latino
  - ☐ Mexican   ☐ Puerto Rican   ☐ Cuban
  - ☐ Other Hispanic or Latino - *Print origin:* _____
  
  *For example: Argentinean, Colombian, Dominican, Nicaraguan, Salvadoran, Spaniard, and so on.*
- [x] Not Hispanic or Latino
- ☐ I do not wish to provide this information

**Sex**
- ☐ Female
- [x] Male
- ☐ I do not wish to provide this information

**Race:** *Check one or more*
- ☐ American Indian or Alaska Native - *Print name of enrolled or principal tribe:* _____
- ☐ Asian
  - ☐ Asian Indian   ☐ Chinese   ☐ Filipino
  - ☐ Japanese   ☐ Korean   ☐ Vietnamese
  - ☐ Other Asian - *Print Race:* _____
  
  *For example: Hmong, Laotian, Thai, Pakistani, Cambodian, and so on.*
- ☐ Black or African American
- ☐ Native Hawaiian or Other Pacific Islander
  - ☐ Native Hawaiian   ☐ Guamanian or Chamorro   ☐ Samoan
  - ☐ Other Pacific Islander - *Print race:* _____
  
  *For example: Fijian, Tongan, and so on.*
- [x] White
- ☐ I do not wish to provide this information

**To Be Completed by Financial Institution (for application taken in person):**

| | NO | YES |
|---|---|---|
| Was the ethnicity of the Borrower collected on the basis of visual observation or surname? | ○ | ○ |
| Was the sex of the Borrower collected on the basis of visual observation or surname? | ○ | ○ |
| Was the race of the Borrower collected on the basis of visual observation or surname? | ○ | ○ |

**The Demographic Information was provided through:**

○ Face-to-Face Interview (includes Electronic Media w/ Video Component)   ○ Telephone Interview   ○ Fax or Mail   ⊙ Email or Internet

**Borrower Name:** Michael A Brinkman
Uniform Residential Loan Application
Freddie Mac Form 65 • Fannie Mae Form 1003
Revised 09/2017

GURLADI_S   1017

## Demographic Information Addendum. This section asks about your ethnicity, sex and race.

### Demographic Information of Borrower

**The purpose of collecting this information** is to help ensure that all the applicants are treated fairly and that the housing needs of communities and neighborhoods are being fulfilled. For residential mortgage lending, Federal law requires that we ask applicants for their demographic information (ethnicity, sex, and race) in order to monitor our compliance with equal credit opportunity, fair housing, and home mortgage disclosure laws. You are not required to provide this information, but are encouraged to do so. You may select one or more designations for "Ethnicity" and one or more designations for "Race." **The law provides that we may not discriminate** on the basis of this information, or on whether you choose to provide it. However, if you choose not to provide the information and you have made this application in person, Federal regulations require us to note your ethnicity, sex, and race on the basis of visual observation or surname. The law also provides that we may not discriminate on the basis of age or marital status information you provide in this application. If you do not wish to provide some or all of this information, please check below.

**Ethnicity:** *Check one or more*
- ☐ Hispanic Or Latino
  - ☐ Mexican  ☐ Puerto Rican  ☐ Cuban
  - ☐ Other Hispanic or Latino - *Print origin:*
  
  *For example: Argentinean, Colombian, Dominican, Nicaraguan, Salvadoran, Spaniard, and so on.*
- ☒ Not Hispanic or Latino
- ☐ I do not wish to provide this information

**Sex**
- ☒ Female
- ☐ Male
- ☐ I do not wish to provide this information

**Race:** *Check one or more*
- ☐ American Indian or Alaska Native - *Print name of enrolled or principal tribe:*
- ☐ Asian
  - ☐ Asian Indian  ☐ Chinese  ☐ Filipino
  - ☐ Japanese  ☐ Korean  ☐ Vietnamese
  - ☐ Other Asian - *Print Race:*
  
  *For example: Hmong, Laotian, Thai, Pakistani, Cambodian, and so on.*
- ☐ Black or African American
- ☐ Native Hawaiian or Other Pacific Islander
  - ☐ Native Hawaiian  ☐ Guamanian or Chamorro  ☐ Samoan
  - ☐ Other Pacific Islander - *Print race:*
  
  *For example: Fijian, Tongan, and so on.*
- ☒ White
- ☐ I do not wish to provide this information

**To Be Completed by Financial Institution (for application taken in person):**

| | NO | YES |
|---|---|---|
| Was the ethnicity of the Borrower collected on the basis of visual observation or surname? | ○ | ○ |
| Was the sex of the Borrower collected on the basis of visual observation or surname? | ○ | ○ |
| Was the race of the Borrower collected on the basis of visual observation or surname? | ○ | ○ |

**The Demographic Information was provided through:**

○ Face-to-Face Interview (includes Electronic Media w/ Video Component)   ○ Telephone Interview   ○ Fax or Mail   ⦿ Email or Internet

**Borrower Name:** Diana G Brinkman
Uniform Residential Loan Application
Freddie Mac Form 65 • Fannie Mae Form 1003
Revised 09/2017

GURLADI_S 1017

# Uniform Underwriting and Transmittal Summary

## I. Borrower and Property Information

| Field | Value | | SSN |
|---|---|---|---|
| Borrower Name | Michael A Brinkman | SSN | 1041 |
| Co-Borrower Name | Diana G Brinkman | SSN | 1755 |
| Co-Mortgagor Name | | SSN | |
| Co-Mortgagor Name | | SSN | |
| Co-Mortgagor Name | | SSN | |
| Co-Mortgagor Name | | SSN | |
| Property Address | 10439 Lightner Bridge Dr, Tampa, FL 33626 | | |

**Property Type**
- [ ] 1 unit
- [ ] 2-to-4 units
- [ ] Condominium
- [X] PUD    [ ] Co-op
- [ ] Manufactured Housing
  - [ ] Single Wide
  - [ ] Multiwide

**Project Classification**

Freddie Mac:
- [ ] Streamlined Review
- [X] Established Project
- [ ] New Project
- [ ] Detached Project
- [ ] 2-to-4-unit Project
- [ ] Reciprocal Review

Fannie Mae:
- [ ] P Limited Review New Detached
- [ ] Q Limited Review Est.
- [ ] R Expedited Review New
- [ ] S Expedited Review Est.
- [ ] T Fannie Mae Review
- [ ] U FHA-approved
- [ ] V Refi Plus™
- [ ] E PUD    [ ] 1 Co-op
- [ ] F PUD    [ ] 2 Co-op
- [ ] T PUD    [ ] T Co-op

Project Name **Westchase**     CPM Project ID# (if any): _____

**Occupancy Status**
- [X] Primary Residence
- [ ] Second Home
- [ ] Investment Property

**Additional Property Information**
- Number of Units: 1
- Sales Price: $ 396,000.00
- Appraised Value: $ 400,000.00

**Property Rights**
- [X] Fee Simple
- [ ] Leasehold

## II. Mortgage Information

**Loan Type**
- [X] Conventional
- [ ] FHA
- [ ] VA
- [ ] USDA/RHS

**Amortization Type**
- [X] Fixed Rate–Monthly Payments
- [ ] Fixed Rate–Biweekly Payments
- [ ] Balloon
- [ ] ARM (type) _____
- [ ] Other (specify) _____

**Loan Purpose**
- [X] Purchase
- [ ] Cash-Out Refinance
- [ ] Limited Cash-Out Refinance (Fannie)
- [ ] No Cash-Out Refinance (Freddie)
- [ ] Home Improvement
- [ ] Construction to Permanent

**Lien Position**
- [X] First Mortgage
- Amount of Subordinate Financing $ $0.00
- (If HELOC, include balance and credit limit)
- [ ] Second Mortgage

**Note Information**
- Original Loan Amount: $ 356,400.00
- Initial P&I Payment: $ 1,699.45
- Initial Note Rate: 3.990 %
- Loan Terms (in months): 360 months

**Mortgage Originator**
- [ ] Seller
- [ ] Broker
- [ ] Correspondent

Broker/Correspondent Name and Company Name: _____

**Buydown**
- [ ] Yes
- [X] No
- Terms _____

**If Second Mortgage**
- Owner of First Mortgage
- [ ] Fannie Mae    [ ] Freddie Mac
- [ ] Seller/Other
- Original Loan Amount of First Mortgage: $ _____

## III. Underwriting Information

Underwriter's Name: **MGIC Underwriter**
Appraiser's Name/License #: **Cert Res RD3812 Earl Craig Lynn**
Appraisal Company Name: **ECL Real Estate Appraisals In**

**Stable Monthly Income**

| | Borrower | Co-Borrower | Total |
|---|---|---|---|
| Base Income | $ 7,083.33 | $ 8,486.40 | $ 15,569.73 |
| Other Income | $ | $ | $ |
| Positive Cash Flow (subject property) | $ | $ | $ |
| Total Income | $ 7,083.33 | $ 8,486.40 | $ 15,569.73 |

**Qualifying Ratios**
- Primary Housing Expense/Income: 14.576 %
- Total Obligations/Income: 32.643 %
- Debt-to-Housing Gap Ratio (Freddie): ___ %

**Loan-to-Value Ratios**
- LTV: 90.000 %
- CLTV/TLTV: 90.000 %
- HCLTV/HTLTV: 90.000 %

**Qualifying Rate**
- [X] Note Rate: 3.990 %
- [ ] ___ % Above Note Rate
- [ ] ___ % Below Note Rate
- [ ] Bought-Down Rate: ___ %
- [ ] Other: ___ %

**Level of Property Review**
- [X] Exterior/Interior
- [ ] Exterior Only
- [ ] No Appraisal
- Form Number: 70

**Risk Assessment**
- [ ] Manual Underwriting
- [X] AUS
  - [ ] DU   [X] LP   [ ] Other _____
- AUS Recommendation: **Accept Eligible**
- DU Case ID/LP AUS Key#: A9735288
- LP Doc Class (Freddie): _____

**Escrow (T&I)**
- [X] Yes   [ ] No

**Present Housing Payment:** $ 2,200.00

**Proposed Monthly Payments**
Borrower's Primary Residence
- First Mortgage P&I: $ 1,699.45
- Second Mortgage P&I: $
- Hazard Insurance: $ 107.25
- Taxes: $ 313.75
- Mortgage Insurance: $ 124.74
- HOA Fees: $ 24.25
- Lease/Ground Rent: $
- Other: $
- Total Primary Housing Expense: $ 2,269.44
- Other Obligations
- Negative Cash Flow (subject property): $
- All Other Monthly Payments: $ 2,813.00
- Total All Monthly Payments: $ 5,082.44

**Borrower Funds to Close**
- Required: $
- Verified Assets: $ 63,270.08
- Source of Funds: _____
- No. of Months Reserves: _____
- Interested Party Contributions: ___ %

Representative Credit/Indicator Score: 690

Community Lending/Affordable Housing Initiative [ ] Yes [X] No
Home Buyers/Homeownership Education Certificate in file [ ] Yes [X] No

**Underwriter Comments**
_____
_____
_____
_____
_____

**Seller of Property:**
Daniel Gale and Amanda Gale

## IV. Seller, Contract, and Contact Information

| | |
|---|---|
| Seller Name _____ | Contact Name _____ |
| Seller Address _____ | Contact Title _____ |
| | Contact Phone Number _____ ext. ___ |
| Seller No. _____ Investor Loan No. _____ | Contact Signature _____ |
| Seller Loan No _____ 4077 | |
| HEG-TBA | |

Freddie Mac Form 1077 06/09
Ellie Mae, Inc.

Fannie Mae Form 1008 06/09
GUNFMUNDRT_S  1217
GUNFMUNDRTS (POD)
03/10/2020 08:25 AM PST

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☒ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

Borrower: *Michael A Brinkman* (DocuSigned)
Co-Borrower: *Diana G Brinkman* (DocuSigned)

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☒ Conventional  ☐ Other (explain):  ☐ FHA  ☐ USDA/Rural Housing Service | Agency Case Number | Lender Case Number 4077 |
|---|---|---|---|
| Amount $ 356,400.00 | Interest Rate 3.990 %  No. of Months 360 | Amortization Type: ☒ Fixed Rate  ☐ GPM  ☐ Other (explain):  ☐ ARM (type): | |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state & ZIP): ___ Lightner Bridge Dr, Tampa, FLORIDA 33626  County: Hillsborough — No. of Units: 1

Legal Description of Subject Property (attach description if necessary): See Title — Year Built: 

Purpose of Loan: ☒ Purchase  ☐ Construction  ☐ Other (explain):  ☐ Refinance  ☐ Construction-Permanent
Property will be: ☒ Primary Residence  ☐ Secondary Residence  ☐ Investment

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a+b) $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost $ | Amount Existing Liens $ | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made  Cost: $ |

Title will be held in what Name(s): Michael A Brinkman and Diana G Brinkman
Manner in which Title will be held: Joint Tenants
Estate will be held in: ☒ Fee Simple  ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges, and/or Subordinate Financing (explain): CheckingSavings - $39,600.00

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name (include Jr. or Sr. if applicable) | Michael A Brinkman | Diana G Brinkman |
| Social Security Number | ___1041 | ___755 |
| Home Phone (incl. area code) | ___7714 | ___7714 |
| DOB (mm/dd/yyyy) | | |
| Yrs. School | 18 | 18 |
| Marital Status | ☒ Married  ☐ Unmarried  ☐ Separated | ☒ Married  ☐ Unmarried  ☐ Separated |
| Dependents | no. 1  ages 2 | no. 0  ages |
| Present Address | 1701 North Lois Avenue 335, Tampa, FL 33607  ☐ Own ☒ Rent  1.75 No. Yrs. | 1701 North Lois Avenue 335, Tampa, FL 33607  ☐ Own ☒ Rent  1.75 No. Yrs. |
| Mailing Address, if different from Present Address | | |

If residing at present address for less than two years, complete the following:

| Former Address | 1310 Canyon Oaks Drive, Brandon, FL 33510  ☒ Own ☐ Rent  3 No. Yrs. | 1310 Canyon Oaks Drive, Brandon, FL 33510  ☒ Own ☐ Rent  3 No. Yrs. |

## IV. EMPLOYMENT INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer | Pinch a Penny, 6385 150th Ave N, Clearwater, FL 33760 | AdventHealth Tampa, 3100 E Fletcher Ave, Tampa, FL 33613-4613 |
| Self Employed | ☐ | ☐ |
| Yrs. on this job | 0 yr(s) 9 mth(s) | 5 yr(s) 9 mth(s) |
| Yrs. employed in this line of work/profession | 1 | 7 |
| Position/Title/Type of Business | Analytics Manager | Nurse Educator |
| Business Phone (incl. area code) | 727-531-8913 | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

© 2020 Covius Services, LLC
90006078
**Uniform Residential Loan Application**
Freddie Mac Form 65  7/05 (rev. 6/09)

Page 1 of 7

Fannie Mae Form 1003  7/05 (rev. 6/09)

| Borrower | | IV. EMPLOYMENT INFORMATION (cont'd) | | Co-Borrower | |
|---|---|---|---|---|---|
| Name & Address of Employer<br>Laser Spine Institute<br>5332 Avion Park Dr<br>Tampa, FL 33607 | ☐ Self Employed | Dates (from – to)<br>08/01/13 - 03/01/19<br>Monthly Income<br>$ 6917.0 | Name & Address of Employer | ☐ Self Employed | Dates (from – to)<br><br>Monthly Income<br>$ |
| Position/Title/Type of Business<br>Sr Mgr Marketing Analyitics | | Business Phone (incl. area code)<br>813-682-2944 | Position/Title/Type of Business | | Business Phone (incl. area code) |
| Name & Address of Employer | ☐ Self Employed | Dates (from – to)<br><br>Monthly Income<br>$ | Name & Address of Employer | ☐ Self Employed | Dates (from – to)<br><br>Monthly Income<br>$ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

### V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 7,083.33 | $ 5,900.00 | $ 12,983.33 | Rent | $ 2,200.00 | |
| Overtime | | | | First Mortgage (P&I) | | $ 1,699.45 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | | 116.67 |
| Dividends/Interest | | | | Real Estate Taxes | | 313.75 |
| Net Rental Income | | | | Mortgage Insurance | | 124.74 |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | 24.25 |
| | | | | Other: | | |
| Total | $ 7,083.33 | $ 5,900.00 | $ 12,983.33 | Total | $ 2,200.00 | $ 2,278.86 |

\* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

**Describe Other Income**   *Notice:* Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |

### VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.

Completed ☐ Jointly ☐ Not Jointly

| ASSETS<br>Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address, and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities, which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | | | |
| *List checking and savings accounts below* | | **LIABILITIES** | **Monthly Payment & Months Left to Pay** | **Unpaid Balance** |
| Name and address of Bank, S&L, or Credit Union<br>Wells Fargo | | Name and address of Company<br>US DEPT OF ED/GLELSI<br>PO BOX 7860<br>MADISON, Wisconsin 53707 | $ Payment/Months<br>818.00/100 | $ 61,042.00 |
| Acct. no. | $ 65,000.00 | Acct. no. ████8581 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>WELLS FARGO BANK NV NA<br>PO BOX 94435<br>ALBUQUERQUE, New Mexico 87199 | $ Payment/Months<br>484.00/48 | $ 20,082.00 |
| Acct. no. | $ | Acct. no. ████0001 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>WF CRD SVC<br>PO BOX 14517<br>DES MOINES, Iowa 50306 | $ Payment/Months<br>387.00/39 | $ 14,791.00 |
| Acct. no. | $ | Acct. no. 3741 | | |

© 2020 Covius Services, LLC
90006078
**Uniform Residential Loan Application**
Freddie Mac Form 65   7/05 (rev. 6/09)

Page 2 of 7

Fannie Mae Form 1003   7/05 (rev. 6/09)

## VI. ASSETS AND LIABILITIES (cont'd)

| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>NAVIENT<br>PO BOX 9655<br>WILKES BARRE, Pennsylvania 18773 | $ Payment/Months<br>107.00/66 | $ 11,720.00 |
|---|---|---|---|---|
| Acct. no. | $ | Acct. no. ████2600 | | |
| Stocks & Bonds (Company name/ number & description) | $ | Name and address of Company<br>BK OF AMER<br>PO BOX 45144<br>JACKSONVILLE, Florida 32231 | $ Payment/Months<br>362.00/31 | $ 10,501.00 |
| | | Acct. no. ████0175 | | |
| Life insurance net cash value<br>Face amount: $ | $ | Name and address of Company<br>SEE CONTINUATION SHEET | $ Payment/Months<br>3,466.00 | $ 44,143.00 |
| **Subtotal Liquid Assets** | $ 65,000.00 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 0.00 | | | |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | Acct. no. | | |
| Automobiles owned (make and year) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ 0.00 | |
| Other Assets (itemize) | $ | Job-Related Expense (child care, union dues, etc.) | $ 0.00 | |
| | | **Total Monthly Payments** | $ 2,813.00 | |
| **Total Assets a.** | $ 65,000.00 | Net Worth (a minus b) ▶ $ -94,468.00 | **Total Liabilities b.** | $ 159,468.00 |

Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) ▼ | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| | | $ | $ | $ | $ | $ | $ |
| | | | | | | | |
| | | | | | | | |
| Totals | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

| | VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS | Borrower | | Co-Borrower | |
|---|---|---|---|---|---|---|---|
| | | | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | Yes | No | Yes | No |
| a. | Purchase price | $ 396,000.00 | | | | | |
| b. | Alterations, improvements, repairs | | a. Are there any outstanding judgments against you? | ☐ | ☒ | ☐ | ☒ |
| c. | Land (if acquired separately) | | b. Have you been declared bankrupt within the past 7 years? | ☐ | ☒ | ☐ | ☒ |
| d. | Refinance (incl. debts to be paid off) | | c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☒ | ☐ | ☒ |
| e. | Estimated prepaid items | 3,355.48 | d. Are you a party to a lawsuit? | ☐ | ☒ | ☐ | ☒ |
| f. | Estimated closing costs | 5,655.50 | e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | ☐ | ☒ | ☐ | ☒ |
| g. | PMI, MIP, Funding Fee | | (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name, and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | | | |
| h. | Discount (if Borrower will pay) | | | | | | |
| i. | Total costs (add items a through h) | 405,010.98 | | | | | |

Uniform Residential Loan Application
Freddie Mac Form 65   7/05 (rev. 6/09)
© 2020 Covius Services, LLC   90006078

Page 3 of 7

Fannie Mae Form 1003   7/05 (rev. 6/09)

| VII. DETAILS OF TRANSACTION | | | VIII. DECLARATIONS | | Borrower | | Co-Borrower | |
|---|---|---|---|---|---|---|---|---|
| | | | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | | Yes | No | Yes | No |
| j. | Subordinate financing | 0.00 | f. | Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | ☐ | ☒ | ☐ | ☒ |
| k. | Borrower's closing costs paid by Seller | | g. | Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☒ | ☐ | ☒ |
| l. | Other Credits (explain) | | h. | Is any part of the down payment borrowed? | ☐ | ☒ | ☐ | ☒ |
| | | | i. | Are you a co-maker or endorser on a note? | ☐ | ☒ | ☐ | ☒ |
| m. | Loan amount (exclude PMI, MIP, Funding Fee financed) | 356,400.00 | | | | | | |
| | | | j. | Are you a U.S. citizen? | ☒ | ☐ | ☒ | ☐ |
| n. | PMI, MIP, Funding Fee financed | | k. | Are you a permanent resident alien? | ☐ | ☒ | ☐ | ☒ |
| | | | l. | **Do you intend to occupy the property as your primary residence?** If "Yes," complete question m below. | ☒ | ☐ | ☒ | ☐ |
| o. | Loan amount (add m & n) | 356,400.00 | m. | Have you had an ownership interest in a property in the last three years? | ☒ | ☐ | ☒ | ☐ |
| p. | Cash from/to Borrower (subtract j, k, l & o from i) | 48,610.98 | | (1) What type of property did you own—principal residence (PR), second home (SH), or investment property (IP)? | PR | | PR | |
| | | | | (2) How did you hold title to the home— by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | SP | | SP | |

### IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors, and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgement. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X *Michael A Brinkman* (DocuSigned) | 2/20/2020 | X *Diana G Brinkman* (DocuSigned) | 2/21/2020 |

### X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| **BORROWER** ☐ I do not wish to furnish this information | **CO-BORROWER** ☐ I do not wish to furnish this information |
|---|---|
| **Ethnicity:** ☐ Hispanic or Latino ☐ Not Hispanic or Latino | **Ethnicity:** ☐ Hispanic or Latino ☐ Not Hispanic or Latino |
| **Race:** ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☐ White | **Race:** ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☐ White |
| **Sex:** ☐ Female ☐ Male | **Sex:** ☐ Female ☐ Male |

**To be Completed by Loan Originator:**
This information was provided:
☐ In a Face-to-face interview
☐ In a telephone interview
☐ By the applicant and submitted by fax or mail
☐ By the applicant and submitted via e-mail or the Internet

| Loan Originator's Signature | Date |
|---|---|
| X (DocuSigned) | 2/18/2020 |

| Loan Originator's Name (print or type) | Loan Originator Identifier | Loan Originator's Phone Number (including area code) |
|---|---|---|
| Jim Giacone | 174500 / State License # - FL - FL - LO181 - MLD1102 | 561-226-4208 |

| Loan Origination Company's Name | Loan Origination Company Identifier | Loan Origination Company's Address |
|---|---|---|
| Guaranteed Rate, Inc | 2611 / State License # - FL - MLD1102 | 2000 PGA Blvd Suite B-2110 Palm Beach Gardens, FL 33408 |

| CONTINUATION SHEET/RESIDENTIAL LOAN APPLICATION | | |
|---|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark **B** f or Borrower or **C** for Co-Borrower. | Borrower:<br><br>Michael A Brinkman | Agency Case Number: |
| | Co-Borrower:<br><br>Diana G Brinkman | Lender Case Number:<br><br>▇4077 |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

Borrower's Signature:
x *Michael A Brinkman* (DocuSigned by: 909FA959G2L845LC)  Date: 2/20/2020

Co-Borrower's Signature:
x *Diana G Brinkman* (DocuSigned by: 525EC5A1F4CB4C0...)  Date: 2/21/2020

© 2020 ClosingCorp 90006078
**Uniform Residential Loan Application**
Freddie Mac Form 65  7/05 (rev. 6/09)

Page 5 of 7

Fannie Mae Form 1003  7/05 (rev. 6/09)

# Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark **B** for Borrower or **C** for Co-Borrower. | Borrower: Michael A Brinkman | Agency Case Number: |
|---|---|---|
| | Co-Borrower: Diana G Brinkman | Lender Case Number: ▇4077 |

## VI. ASSETS AND LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>NAVIENT<br>PO BOX 9655<br>WILKES BARRE, Pennsylvania 18773 | $ Payt./Mos.<br>93.00/42 | $ 10,349.00 |
| Acct. no. | $ | Acct. no. ▇2576 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>NAVIENT<br>PO BOX 9655<br>WILKES BARRE, Pennsylvania 18773 | $ Payt./Mos.<br>85.00/54 | $ 9,305.00 |
| Acct. no. | $ | Acct. no. ▇2584 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>WFDS | $ Payt./Mos.<br>291.00/31 | $ 8,588.00 |
| Acct. no. | $ | Acct. no. ▇8845 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>FED LOAN SERV<br>PO BOX 60610<br>HARRISBURG, Pennsylvania 17106 | $ Payt./Mos.<br>59.00/84 | $ 4,072.00 |
| Acct. no. | $ | Acct. no. ▇0003 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>CAPITAL ONE | $ Payt./Mos.<br>29.00/102 | $ 2,942.00 |
| Acct. no. | $ | Acct. no. 7539 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>ARS<br>1643 NW 136TH AVE<br>SUNRISE, Florida 33323 | $ Payt./Mos.<br>(2,811.00)/0 | $ (2,811.00) |
| Acct. no. | $ | Acct. no. 9439 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>FED LOAN SERV<br>PO BOX 60610<br>HARRISBURG, Pennsylvania 17106 | $ Payt./Mos.<br>33.00/80 | $ 1,956.00 |
| Acct. no. | $ | Acct. no. ▇0002 | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X *Michael A Brinkman* (DocuSigned 990FAA59C21B452...) | 2/20/2020 | X *Diana G Brinkman* (DocuSigned 525EC5A1F4CB4C0...) | 2/21/2020 |

Freddie Mac Form 65  7/05
© 2020 Covius Services, LLC
90006079

Page 6 of 7

Fannie Mae Form 1003  7/05

DocuSign Envelope ID: 74B0CE51-9A8D-478B-9CA8-2F4610BE70A
Case 8:20-cv-02453-VMC-AAS   Document 54-2   Filed 08/25/21   Page 16 of 20 PageID 572

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark **B** for Borrower or **C** for Co-Borrower. | Borrower: Michael A Brinkman | Agency Case Number: |
|---|---|---|
| | Co-Borrower: Diana G Brinkman | Lender Case Number: 4077 |

### VI. ASSETS AND LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>FED LOAN SERV<br>PO BOX 60610<br>HARRISBURG, Pennsylvania 17106 | $ Payt./Mos.<br>29.00/91 | $ 1,955.00 |
| Acct. no. | $ | Acct. no. 0005 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>FED LOAN SERV<br>PO BOX 60610<br>HARRISBURG, Pennsylvania 17106 | $ Payt./Mos.<br>20.00/88 | $ 1,423.00 |
| Acct. no. | $ | Acct. no. 0004 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>NAVIENT<br>PO BOX 9655<br>WILKES BARRE, Pennsylvania 18773 | $ Payt./Mos.<br>16.00/0 | $ 742.00 |
| Acct. no. | $ | Acct. no. 2568 | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. no. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. no. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. no. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. no. | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X *Michael A Brinkman* | 2/20/2020 | X *Diana G Brinkman* | 2/21/2020 |
| 990FAA59C21B452... | | 525EC5A1F4CB4C0... | |

Freddie Mac Form 65  7/05
© 2020 Covius Services, LLC
90006079

Page 7 of 7

Fannie Mae Form 1003  7/05

## Demographic Information Addendum. This section asks about your ethnicity, sex, and race.

### Demographic Information of Borrower

**The purpose of collecting this information** is to help ensure that all applicants are treated fairly and that the housing needs of communities and neighborhoods are being fulfilled. For residential mortgage lending, Federal law requires that we ask applicants for their demographic information (ethnicity, sex, and race) in order to monitor our compliance with equal credit opportunity, fair housing, and home mortgage disclosure laws. You are not required to provide this information, but are encouraged to do so. You may select one or more designations for "Ethnicity" and one or more designations for "Race." **The law provides that we may not discriminate** on the basis of this information, or on whether you choose to provide it. However, if you choose not to provide the information and you have made this application in person, Federal regulations require us to note your ethnicity, sex, and race on the basis of visual observation or surname. The law also provides that we may not discriminate on the basis of age or marital status information you provide in this application. If you do not wish to provide some or all of this information, please check below.

**Ethnicity:** *Check one or more*
☐ Hispanic or Latino
  ☐ Mexican   ☐ Puerto Rican   ☐ Cuban
  ☐ Other Hispanic or Latino - *Print origin:*
  _____
  *For example: Argentinean, Colombian, Dominican, Nicaraguan, Salvadoran, Spaniard, and so on.*
☒ Not Hispanic or Latino
☐ I do not wish to provide this information

**Sex**
☐ Female
☒ Male
☐ I do not wish to provide this information

**Race:** *Check one or more*
☐ American Indian or Alaska Native - *Print name of enrolled or principal tribe:* _____
☐ Asian
  ☐ Asian Indian   ☐ Chinese   ☐ Filipino
  ☐ Japanese       ☐ Korean    ☐ Vietnamese
  ☐ Other Asian - *Print race:* _____
  *For example: Hmong, Laotian, Thai, Pakistani, Cambodian, and so on.*
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
  ☐ Native Hawaiian   ☐ Guamanian or Chamorro   ☐ Samoan
  ☐ Other Pacific Islander - *Print race:* _____
  *For example: Fijian, Tongan, and so on.*
☒ White
☐ I do not wish to provide this information

**To Be Completed by Financial Institution (*for application taken in person*):**

| | | |
|---|---|---|
| Was the ethnicity of the Borrower collected on the basis of visual observation or surname? | ○ NO | ○ YES |
| Was the sex of the Borrower collected on the basis of visual observation or surname? | ○ NO | ○ YES |
| Was the race of the Borrower collected on the basis of visual observation or surname? | ○ NO | ○ YES |

**The Demographic Information was provided through:**
○ Face-to-Face Interview (*includes Electronic Media w/ Video Component*)   ○ Telephone Interview   ○ Fax or Mail   ● Email or Internet

---

**Borrower Name:** Michael A Brinkman
Uniform Residential Loan Application
Freddie Mac Form 65 • Fannie Mae Form 1003
*Revised 09/2017*   © 2020 Covius Services, LLC 90006090

## Demographic Information Addendum. This section asks about your ethnicity, sex, and race.

### Demographic Information of Borrower

**The purpose of collecting this information** is to help ensure that all applicants are treated fairly and that the housing needs of communities and neighborhoods are being fulfilled. For residential mortgage lending, Federal law requires that we ask applicants for their demographic information (ethnicity, sex, and race) in order to monitor our compliance with equal credit opportunity, fair housing, and home mortgage disclosure laws. You are not required to provide this information, but are encouraged to do so. You may select one or more designations for "Ethnicity" and one or more designations for "Race." **The law provides that we may not discriminate** on the basis of this information, or on whether you choose to provide it. However, if you choose not to provide the information and you have made this application in person, Federal regulations require us to note your ethnicity, sex, and race on the basis of visual observation or surname. The law also provides that we may not discriminate on the basis of age or marital status information you provide in this application. If you do not wish to provide some or all of this information, please check below.

**Ethnicity:** *Check one or more*
☐ Hispanic or Latino
　☐ Mexican　☐ Puerto Rican　☐ Cuban
　☐ Other Hispanic or Latino - *Print origin:*
　_____
　*For example: Argentinean, Colombian, Dominican, Nicaraguan, Salvadoran, Spaniard, and so on.*
☒ Not Hispanic or Latino
☐ I do not wish to provide this information

**Sex**
☒ Female
☐ Male
☐ I do not wish to provide this information

**Race:** *Check one or more*
☐ American Indian or Alaska Native - *Print name of enrolled or principal tribe:* _____
☐ Asian
　☐ Asian Indian　☐ Chinese　☐ Filipino
　☐ Japanese　☐ Korean　☐ Vietnamese
　☐ Other Asian - *Print race:* _____
　*For example: Hmong, Laotian, Thai, Pakistani, Cambodian, and so on.*
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
　☐ Native Hawaiian　☐ Guamanian or Chamorro　☐ Samoan
　☐ Other Pacific Islander - *Print race:* _____
　*For example: Fijian, Tongan, and so on.*
☒ White
☐ I do not wish to provide this information

**To Be Completed by Financial Institution (*for application taken in person*):**

Was the ethnicity of the Borrower collected on the basis of visual observation or surname?　○ NO　○ YES
Was the sex of the Borrower collected on the basis of visual observation or surname?　○ NO　○ YES
Was the race of the Borrower collected on the basis of visual observation or surname?　○ NO　○ YES

**The Demographic Information was provided through:**
○ Face-to-Face Interview (*includes Electronic Media w/ Video Component*)　○ Telephone Interview　○ Fax or Mail　⦿ Email or Internet

**Borrower Name:** Diana G Brinkman
Uniform Residential Loan Application
Freddie Mac Form 65 • Fannie Mae Form 1003
*Revised 09/2017*　© 2020 Covius Services, LLC 90006090

## Uniform Underwriting and Transmittal Summary

### I. Borrower and Property Information

| Field | Value | | Field | Value |
|---|---|---|---|---|
| Borrower Name | Michael A Brinkman | | SSN | 041 |
| Co-Borrower Name | Diana G Brinkman | | SSN | 755 |
| Co-Mortgagor Name | | | SSN | |
| Co-Mortgagor Name | | | SSN | |
| Co-Mortgagor Name | | | SSN | |
| Co-Mortgagor Name | | | SSN | |
| Property Address | 10439 Lightner Bridge Dr, Tampa, FL 33626 | | | |

**Property Type**
- [X] 1 unit
- [ ] 2-to-4 units
- [ ] Condominium
- [ ] PUD  [ ] Co-op
- [ ] Manufactured Housing
  - [ ] Single Wide
  - [ ] Multiwide

**Project Classification**

Freddie Mac:
- [ ] Streamlined Review
- [X] Established Project
- [ ] New Project
- [ ] Detached Project
- [ ] 2-to-4-unit Project
- [ ] Reciprocal Review

Fannie Mae:
- [ ] P Limited Review New Detached
- [ ] Q Limited Review Est.
- [ ] R Expedited Review New
- [ ] S Expedited Review Est.
- [ ] T Fannie Mae Review
- [ ] U FHA-approved
- [ ] V Refi Plus™
- [ ] E PUD   [ ] 1 Co-op
- [ ] F PUD   [ ] 2 Co-op
- [ ] T PUD   [ ] T Co-op

**Occupancy Status**
- [X] Primary Residence
- [ ] Second Home
- [ ] Investment Property

**Additional Property Information**
- Number of Units: 1
- Sales Price: $ 396,000.00
- Appraised Value: $ 396,000.00

**Property Rights**
- [X] Fee Simple
- [ ] Leasehold

Project Name: **Westchase**     CPM Project ID# (if any): _____

### II. Mortgage Information

**Loan Type**
- [X] Conventional
- [ ] FHA
- [ ] VA
- [ ] USDA/RHS

**Amortization Type**
- [X] Fixed Rate–Monthly Payments
- [ ] Fixed Rate–Biweekly Payments
- [ ] Balloon
- [ ] ARM (type) _____
- [ ] Other (specify) _____

**Loan Purpose**
- [X] Purchase
- [ ] Cash-Out Refinance
- [ ] Limited Cash-Out Refinance (Fannie)
- [ ] No Cash-Out Refinance (Freddie)
- [ ] Home Improvement
- [ ] Construction to Permanent

**Lien Position**
- [X] First Mortgage
- Amount of Subordinate Financing $ **$0.00**
- (If HELOC, include balance and credit limit)
- [ ] Second Mortgage

**Note Information**
- Original Loan Amount: $ 356,400.00
- Initial P&I Payment: $ 1,699.45
- Initial Note Rate: 3.990 %
- Loan Terms (in months): 360 months

**Mortgage Originator**
- [ ] Seller
- [ ] Broker
- [ ] Correspondent

Broker/Correspondent Name and Company Name: _____

**Buydown**
- [ ] Yes
- [X] No
- Terms _____

**If Second Mortgage**
- Owner of First Mortgage
- [ ] Fannie Mae   [ ] Freddie Mac
- [ ] Seller/Other
- Original Loan Amount of First Mortgage $ _____

### III. Underwriting Information

Underwriter's Name: _____     Appraiser's Name/License #: _____     Appraisal Company Name: **1004UniformResidentialAppraisal**

**Stable Monthly Income**

| | Borrower | Co-Borrower | Total |
|---|---|---|---|
| Base Income | $ 7,083.33 | $ 8,486.40 | $ 15,569.73 |
| Other Income | $ | $ | $ |
| Positive Cash Flow (subject property) | $ | $ | $ |
| Total Income | $ 7,083.33 | $ 8,486.40 | $ 15,569.73 |

**Qualifying Ratios**
- Primary Housing Expense/Income: 14.636 %
- Total Obligations/Income: 32.704 %
- Debt-to-Housing Gap Ratio (Freddie): ___ %

**Loan-to-Value Ratios**
- LTV: 90.000 %
- CLTV/TLTV: 90.000 %
- HCLTV/HTLTV: 90.000 %

**Qualifying Rate**
- [X] Note Rate: 3.990 %
- [ ] ___ % Above Note Rate
- [ ] ___ % Below Note Rate
- [ ] Bought-Down Rate ___ %
- [ ] Other ___ %

**Level of Property Review**
- [X] Exterior/Interior
- [ ] Exterior Only
- [ ] No Appraisal
- Form Number: 1004

**Risk Assessment**
- [ ] Manual Underwriting
- [X] AUS
  - [ ] DU  [X] LP  [ ] Other _____
- AUS Recommendation: **Eligible/Accept**
- DU Case ID/LP AUS Key#: **A9735288**
- LP Doc Class (Freddie): _____

**Escrow (T&I)**
- [X] Yes  [ ] No

**Present Housing Payment:** $ 2,200.00

**Proposed Monthly Payments**

Borrower's Primary Residence:
- First Mortgage P&I: $ 1,699.45
- Second Mortgage P&I: $
- Hazard Insurance: $ 116.67
- Taxes: $ 313.75
- Mortgage Insurance: $ 124.74
- HOA Fees: $ 24.25
- Lease/Ground Rent: $
- Other: $
- Total Primary Housing Expense: $ 2,278.86

Other Obligations:
- Negative Cash Flow (subject property): $
- All Other Monthly Payments: $ 2,813.00
- Total All Monthly Payments: $ 5,091.86

**Borrower Funds to Close**
- Required: $
- Verified Assets: $ 63,270.08
- Source of Funds: _____
- No. of Months Reserves: _____
- Interested Party Contributions: _____ %

Representative Credit/Indicator Score: **690**

Community Lending/Affordable Housing Initiative  [ ] Yes  [X] No
Home Buyers/Homeownership Education Certificate in file  [ ] Yes  [X] No

**Underwriter Comments**
_____

**Seller of Property:**
Daniel Gale and Amanda Gale

### IV. Seller, Contract, and Contact Information

| | |
|---|---|
| Seller Name _____ | Contact Name _____ |
| Seller Address _____ | Contact Title _____ |
| | Contact Phone Number _____ ext. _____ |
| Seller No. _____   Investor Loan No. _____ | Contact Signature _____ |
| Seller Loan No. ____4077 | |
| HEG-TBA | |

Freddie Mac Form 1077 06/09     Fannie Mae Form 1008 06/09
Ellie Mae, Inc.
GUNFMUNDRT_S  1217
GUNFMUNDRTS (POD)
02/21/2020 12:19 PM PST

# Uniform Underwriting and Transmittal Summary

## I. Borrower and Property Information

| | | | |
|---|---|---|---|
| Borrower Name | Michael A Brinkman | SSN | 1041 |
| Co-Borrower Name | Diana G Brinkman | SSN | 1755 |
| Co-Mortgagor Name | | SSN | |
| Co-Mortgagor Name | | SSN | |
| Co-Mortgagor Name | | SSN | |
| Co-Mortgagor Name | | SSN | |
| Property Address | 10439 Lightner Bridge Dr, Tampa, FL 33626 | | |

**Property Type**
- [X] 1 unit
- [ ] 2-to-4 units
- [ ] Condominium
- [ ] PUD  [ ] Co-op
- [ ] Manufactured Housing
  - [ ] Single Wide
  - [ ] Multiwide

**Project Classification**

Freddie Mac:
- [ ] Streamlined Review
- [X] Established Project
- [ ] New Project
- [ ] Detached Project
- [ ] 2-to-4-unit Project
- [ ] Reciprocal Review

Fannie Mae:
- [ ] P Limited Review New Detached
- [ ] Q Limited Review Est.
- [ ] R Expedited Review New
- [ ] S Expedited Review Est.
- [ ] T Fannie Mae Review
- [ ] U FHA-approved
- [ ] V Refi Plus™
- [ ] E PUD  [ ] 1 Co-op
- [ ] F PUD  [ ] 2 Co-op
- [ ] T PUD  [ ] T Co-op

**Occupancy Status**
- [X] Primary Residence
- [ ] Second Home
- [ ] Investment Property

**Additional Property Information**
- Number of Units: 1
- Sales Price: $ 396,000.00
- Appraised Value: $ 400,000.00

**Property Rights**
- [X] Fee Simple
- [ ] Leasehold

Project Name **Westchase**       CPM Project ID# (if any):

## II. Mortgage Information

**Loan Type**
- [X] Conventional
- [ ] FHA
- [ ] VA
- [ ] USDA/RHS

**Amortization Type**
- [X] Fixed Rate–Monthly Payments
- [ ] Fixed Rate–Biweekly Payments
- [ ] Balloon
- [ ] ARM (type)
- [ ] Other (specify)

**Loan Purpose**
- [X] Purchase
- [ ] Cash-Out Refinance
- [ ] Limited Cash-Out Refinance (Fannie)
- [ ] No Cash-Out Refinance (Freddie)
- [ ] Home Improvement
- [ ] Construction to Permanent

**Lien Position**
- [X] First Mortgage
- Amount of Subordinate Financing $ $0.00
- (If HELOC, include balance and credit limit)
- [ ] Second Mortgage

**Note Information**
- Original Loan Amount: $ 356,400.00
- Initial P&I Payment: $ 1,699.45
- Initial Note Rate: 3.990 %
- Loan Terms (in months): 360 months

**Mortgage Originator**
- [ ] Seller
- [ ] Broker
- [ ] Correspondent

Broker/Correspondent Name and Company Name:

**Buydown**
- [ ] Yes
- [X] No
- Terms

**If Second Mortgage**

Owner of First Mortgage
- [ ] Fannie Mae
- [ ] Freddie Mac
- [ ] Seller/Other

Original Loan Amount of First Mortgage $

## III. Underwriting Information

Underwriter's Name: **MGIC Underwriter**
Appraiser's Name/License # **Cert Res RD3812 Earl Craig Lynn**
Appraisal Company Name: **ECL Real Estate Appraisals In**

**Stable Monthly Income**

| | Borrower | Co-Borrower | Total |
|---|---|---|---|
| Base Income | $ 7,083.33 | $ 8,486.40 | $ 15,569.73 |
| Other Income | $ | $ | $ |
| Positive Cash Flow (subject property) | $ | $ | $ |
| Total Income | $ 7,083.33 | $ 8,486.40 | $ 15,569.73 |

**Qualifying Ratios**
- Primary Housing Expense/Income: 14.636 %
- Total Obligations/Income: 32.704 %
- Debt-to-Housing Gap Ratio (Freddie): %

**Loan-to-Value Ratios**
- LTV: 90.000 %
- CLTV/TLTV: 90.000 %
- HCLTV/HTLTV: 90.000 %

**Qualifying Rate**
- [X] Note Rate: 3.990 %
- [ ] % Above Note Rate: %
- [ ] % Below Note Rate: %
- [ ] Bought-Down Rate: %
- [ ] Other: %

**Level of Property Review**
- [X] Exterior/Interior
- [ ] Exterior Only
- [ ] No Appraisal
- Form Number: 1004

**Escrow (T&I)**
- [X] Yes  [ ] No

**Risk Assessment**
- [ ] Manual Underwriting
- [ ] AUS
  - [ ] DU  [ ] LP  [ ] Other
- AUS Recommendation: **Eligible/Accept**
- DU Case ID/LP AUS Key#:
- LP Doc Class (Freddie):

**Present Housing Payment:** $ 2,200.00

**Proposed Monthly Payments**

Borrower's Primary Residence
| | |
|---|---|
| First Mortgage P&I | $ 1,699.45 |
| Second Mortgage P&I | $ |
| Hazard Insurance | $ 116.67 |
| Taxes | $ 313.75 |
| Mortgage Insurance | $ 124.74 |
| HOA Fees | $ 24.25 |
| Lease/Ground Rent | $ |
| Other | $ |
| Total Primary Housing Expense | $ 2,278.86 |
| Other Obligations | |
| Negative Cash Flow (subject property) | $ |
| All Other Monthly Payments | $ 2,813.00 |
| Total All Monthly Payments | $ 5,091.86 |

**Borrower Funds to Close**
- Required: $
- Verified Assets: $ 138,887.79
- Source of Funds:
- No. of Months Reserves:
- Interested Party Contributions: %

Representative Credit/Indicator Score: **690**

Community Lending/Affordable Housing Initiative [ ] Yes [X] No
Home Buyers/Homeownership Education Certificate in file [ ] Yes [X] No

**Underwriter Comments**

Seller of Property:
**Daniel Gale and Amanda Gale**

## IV. Seller, Contract, and Contact Information

| | |
|---|---|
| Seller Name | Contact Name |
| Seller Address | Contact Title |
| | Contact Phone Number           ext. |
| Seller No.   Investor Loan No. | Contact Signature |
| Seller Loan No.  4077 | |
| **HEG-TBA** | |

Freddie Mac Form 1077 06/09
Ellie Mae, Inc.

Fannie Mae Form 1008 06/09
GUNFMUNDRT_S  1217
GUNFMUNDRTS (POD)
02/27/2020 11:16 AM PST