```
⬛&l1O⬛(s13H⬛&l66F⬛&l6.00C
  10/22/20                                    ACCOUNT RESOLUTION SERVICES
PAGE 1
    2:16 PM   PJB                                       SELECTED

-----------------------------------------------------------------------------------------------------------

STATUS              Acct       9439     Disposition:9999 INACTIVE                     Wait: 08/06/20

DEBTOR              Name:BRINKMAN MICHAEL                    Ssn:XXXXX1041   Cbr:   Ph:352-34X-XXXX
                    Adr1:1701 N LOIS AVE UNIT 335                            Lgl:   POE Ph:
                    City:TAMPA                  Cty:                         Canc:CLT  Born:      /XXXX
                      St: FL  Zip:336072421         St:     Zip:              COF:    Sal:

                    Clnt    802 INPHYNET CONTRACTING SVC, TAMPA FL, 0192113775-67421030           Org:
2811.58
                    List:11/21/18 Srv:07/25/17 Ltrs:5    Time:100 Calls:82  Con:14 Bal:       0.00

MULTIPLE ACCOUNTS
RM# Acct       Name / Client       Chk# / Lst    Srv       Lpy    Col Disp       Bal      Check Reason
Drivers License #
       PRN       INT        LI3         LI4     AIN     CC      ATY       MS1       PJI
 1      9439* BRINKMAN,MICHAEL
        3775-    1030/   802/INPH  11/21/18 07/25/17           Returned          0.00
        0.00      0.00       0.00         0.00    0.00    0.00     0.00      0.00     0.00


PAYMENTS No payments.


NOTES                     GAP 11/21/18  8:13P Created a Link request using Service Type ARSWEBREC et
                          GAP 11/21/18  8:13P PRESCRUB index 1305699375 (A-86549439)
                          GAP 11/21/18  8:13P Updated udw 510,18 with  et PRESCRUB index 1305699382
                          GAP 11/21/18  8:13P (A-86549439)
                          GAP 11/21/18  8:13P WEBRECON REQUEST et PRESCRUB index 1305699383
                          GAP 11/21/18  8:13P Created a Link request using Service Type ARSBANKOADD et
                          GAP 11/21/18  8:13P PRESCRUB index 1305699384 (A-86549439)
                          GAP 11/21/18  8:13P Updated udw 510,1 with 11/21/2018 et PRESCRUB index
                          GAP 11/21/18  8:13P 1305699385 (A-86549439)
                          GAP 11/21/18  8:13P BANKO REQUEST et PRESCRUB index 1305699386
                          GAP 11/21/18  8:13P DU60101 value changed to MICHAEL et PRESCRUB index
                          GAP 11/21/18  8:13P 1305699387 (R-86549439)
                          GAP 11/21/18  8:13P DU60102 value changed to BRINKMAN et PRESCRUB index
                          GAP 11/21/18  8:13P 1305699388 (R-86549439)
                          GAP 11/21/18  8:13P DU60103 value changed to 3523487714 et PRESCRUB index
                          GAP 11/21/18  8:13P 1305699389 (R-86549439)
                          GAP 11/21/18  8:13P DU60104 NOT changed. Reason - too long. et PRESCRUB index
                          GAP 11/21/18  8:13P 1305699390 (R-86549439)
                          GAP 11/21/18  8:13P DU60105 value changed to TAMPA et PRESCRUB index 1305699391
                          GAP 11/21/18  8:13P (R-86549439)
                          GAP 11/21/18  8:13P DU60106 value changed to FL et PRESCRUB index 1305699392
                          GAP 11/21/18  8:13P DU60107 value changed to 336072421 et PRESCRUB index
                          GAP 11/21/18  8:13P 1305699393 (R-86549439)
                          GAP 11/21/18  8:13P SoL Date changed from blank to 07/25/2022.
                          GAP 11/21/18  8:14P LN (ARSBANKOADD) Created skiptrace request for 'DEMO'
                          GAP 11/21/18  8:14P window 2 (TID #88222234).
                          GAP 11/21/18  8:14P WR (ARSWEBREC) Created skiptrace request for 'DEBTOR'

  10/22/20                                    ACCOUNT RESOLUTION SERVICES
PAGE 2
    2:16 PM   PJB                                       SELECTED
                          GAP 11/21/18  8:14P window 2 (TID    3046).
                          GAP 11/21/18 10:18P LN (ARSBANKOADD) Received skiptrace results for 'DEMO'
                          GAP 11/21/18 10:18P window 2 (TID #88222234).
                          GAP 11/21/18 10:18P BANKO RETURNED NO HIT et BANKONOHIT index 1306206799
                          GAP 11/21/18 10:18P Updated udw 510,2 with 11/21/2018 et BANKONOHIT index
                          GAP 11/21/18 10:18P 1306206800 (A-86549439)
                          GAP 11/21/18 11:40P WR (ARSWEBREC) Received skiptrace results for 'DEBTOR'
```

```
                        GAP 11/21/18 11:40P  window 2 (TID #88223046).
                        GAP 11/21/18 11:40P  Updated udw 510,19 with 11/21/2018 et WEBRECNOHT index
                        GAP 11/21/18 11:40P  1306289841 (A-86549439)
                        GAP 11/21/18 11:40P  WEBRECON NO HIT et WEBRECNOHT index 1306289842
                        sys 11/21/18 11:52P  hrg nje 02/05/18 3:09 PATIENT RESPONSIBILITY Changed to
                        sys 11/21/18 11:52P  CREDIT LETTER SENT for
                        sys 11/21/18 11:52P  hrg nje 02/05/18 3:09 Invoice #0192113775 on 08192017
                        sys 11/21/18 11:52P  hrg nje 02/05/18 3:09 CREDIT LETTER SENT Changed to FIRST
                        sys 11/21/18 11:52P  HEALTH NETWORK
                        sys 11/21/18 11:52P  hrg nje 02/05/18 3:09 PPOORDABLE HEALTH P for Invoice
                        sys 11/21/18 11:52P  #0192113775 on 08282017
                        sys 11/21/18 11:52P  hrg nje 02/05/18 3:09 COMM OUTSOURCE FORM PREPAREDFOR
                        sys 11/21/18 11:52P  INVOICE #0192113775 ON
                        sys 11/21/18 11:52P  hrg nje 02/05/18 3:09 08302017
                        sys 11/21/18 11:52P  hrg nje 02/05/18 3:09 FIRST HEALTH NETWORK PPOORDABLE
                        sys 11/21/18 11:52P  HEALTH P Changed to
                        sys 11/21/18 11:52P  hrg nje 02/05/18 3:09 HEALTHFIRST for Invoice #0192113775
                        sys 11/21/18 11:52P  on 10112017
                        sys 11/21/18 11:52P  hrg nje 02/05/18 3:09 EDI AUTOMATIC MANAGEDCARE PAYMENTFOR
                        sys 11/21/18 11:52P  hrg nje 02/05/18 3:09 10112017
                        sys 11/21/18 11:52P  hrg nje 02/05/18 3:09 HEALTHFIRST Changed to SELF PAY AFTER
                        sys 11/21/18 11:52P  INSURANCE for Invoice
                        sys 11/21/18 11:52P  hrg nje 02/05/18 3:09 #0192113775 on 10112017
                        sys 11/21/18 11:52P  hrg nje 02/05/18 3:09 SELF PAY AFTER INSURANCE Changed to
                        sys 11/21/18 11:52P  hrg nje 02/05/18 3:09 Invoice #0192113775 on 11112017
                        sys 11/21/18 11:52P  hrg nje 02/05/18 3:09 CREDIT LETTER SENT Changed to IMBS
                        sys 11/21/18 11:52P  COLLECTION AGENCY for
                        sys 11/21/18 11:52P  hrg nje 02/05/18 3:09 Invoice #0192113775 on 02032018
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 Set assignment parameters to PRE,,,0
                        sys 11/21/18 11:52P  et tPREASSIGN index
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 1544802617 (A-36545987)
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 2000 New Bus-Pre Process et
                        sys 11/21/18 11:52P  tPREASSIGN index 1544802618
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 Created a Link request using Service
                        sys 11/21/18 11:52P  Type BANKO et
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 tPREASSIGN index 1544802619
                        sys 11/21/18 11:52P  (A-36545987)
                        sys 11/21/18 11:52P  Type WEBREC et
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 tPREASSIGN index 1544802620
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 Updated udw 510,18 with 02/05/2018 et
                        sys 11/21/18 11:52P  tPREASSIGN index
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 1544802621 (R-36545987)
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 Updated udw 510,1 with 02/05/2018 et

   10/22/20                                  ACCOUNT RESOLUTION SERVICES
   PAGE 3
     2:16 PM   PJB                                       SELECTED
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 1544802622 (R-36545987)
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 Updated udw 510,22 with 02/05/2018 et
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 1544802623 (R-36545987)
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 Updated udw 510,4 with 02/05/2018 et
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 1544802624 (S-36545987)
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 DU60101 value changed to MICHAEL et
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 1544802625 (R-36545987)
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 DU60102 value changed to BRINKMAN et
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 1544802626 (R-36545987)
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 DU60103 value changed to 3523487714
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 1544802627 (R-36545987)
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 DU60104 value changed to 1310 CANYON
                        sys 11/21/18 11:52P  OAKS DR et tPREASSIGN
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 index 1544802628 (R-36545987)
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 DU60105 value changed to BRANDON et
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 1544802629 (R-36545987)
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 DU60106 value changed to FL et
                        sys 11/21/18 11:52P  tPREASSIGN index 1544802630
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 (R-36545987)
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 DU60107 value changed to 33510 et
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:43 1544802631 (R-36545987)
                        sys 11/21/18 11:52P  hrg nje 02/05/18 8:44 LN (BANKO) Created request for 'DEMO'
```

```
                          sys 11/21/18 11:52P window 2 (TID
                          sys 11/21/18 11:52P hrg nje 02/05/18 8:44 #64819151).
                          sys 11/21/18 11:52P hrg nje 02/05/18 8:44 WR (WEBREC) Created request for
                          sys 11/21/18 11:52P 'DEBTOR' window 2 (TID
                          sys 11/21/18 11:52P hrg nje 02/05/18 8:44 #64819638).
                          sys 11/21/18 11:52P hrg nje 02/05/18 12:05P LN (BANKO) Received results for
                          sys 11/21/18 11:52P 'DEMO' window 2 (TID
                          sys 11/21/18 11:52P hrg nje 02/05/18 12:05P #64819151).
                          sys 11/21/18 11:52P hrg nje 02/05/18 12:05P BANKO RETURNED NO HIT. NO
                          sys 11/21/18 11:52P BANKRUPTCY FOUND et tBANKONO
                          sys 11/21/18 11:52P hrg nje 02/05/18 12:05P index 1545993462
                          sys 11/21/18 11:52P hrg nje 02/05/18 12:05P Updated udw 510,2 with 02/05/2018
                          sys 11/21/18 11:52P et tBANKONO index
                          sys 11/21/18 11:52P hrg nje 02/05/18 12:05P 1545993464 (R-36545987)
                          sys 11/21/18 11:52P hrg nje 02/05/18 12:12P WR (WEBREC) Received results for
                          sys 11/21/18 11:52P hrg nje 02/05/18 12:12P #64819638).
                          sys 11/21/18 11:52P hrg nje 02/05/18 12:12P Updated udw 510,19 with 02/05/2018
                          sys 11/21/18 11:52P et WEBREnohit index
                          sys 11/21/18 11:52P hrg nje 02/05/18 12:12P 1546181357 (R-36545987)
                          sys 11/21/18 11:52P hrg nje 02/05/18 12:12P WEBRECON litigious consumer
                          sys 11/21/18 11:52P search.No Hit. et WEBREnohit
                          sys 11/21/18 11:52P hrg nje 02/05/18 12:12P index 1546181358
                          sys 11/21/18 11:52P hrg JZM 02/05/18 5:08P enDI MEDLYTIX changed ESSCORE from
                          sys 11/21/18 11:52P to 950
                          sys 11/21/18 11:52P hrg JZM 02/05/18 5:08P enDI MEDLYTIX changed DU30001 from
                          sys 11/21/18 11:52P hrg JZM 02/05/18 5:08P enDI MEDLYTIX changed DU30013 from
                          sys 11/21/18 11:52P to 12941.00
                          sys 11/21/18 11:52P hrg JZM 02/05/18 5:08P Updated udw 300,1 with lb SEDSCR et
   10/22/20                               ACCOUNT RESOLUTION SERVICES
   PAGE  4
     2:16 PM   PJB                                     SELECTED
                          sys 11/21/18 11:52P SEEDSCORE index
                          sys 11/21/18 11:52P hrg JZM 02/05/18 5:08P 1546558327 (R-36545987)
                          sys 11/21/18 11:52P hrg JZM 02/05/18 5:08P Updated udw 300,22 with 02/05/2018
                          sys 11/21/18 11:52P et SEEDSCORE index
                          sys 11/21/18 11:52P hrg JZM 02/05/18 5:08P 1546558328 (R-36545987)
                          sys 11/21/18 11:52P hrg JZM 02/05/18 5:08P enDI MEDLYTIX changed DU51005 from
                          sys 11/21/18 11:52P to 02052018
                          sys 11/21/18 11:52P hrg nje 02/05/18 8:38P Letter #1 Validation Notice - A
                          sys 11/21/18 11:52P requested et tLTR1 index
                          sys 11/21/18 11:52P hrg nje 02/05/18 8:38P 1547030918 1
                          sys 11/21/18 11:52P hrg nje 02/05/18 8:38P LTR 1(A) Validation Notice
                          sys 11/21/18 11:52P REQSTD,This acct included on
                          sys 11/21/18 11:52P hrg nje 02/05/18 8:38P V-Notice. et tLTR1 index 1547030920
                          sys 11/21/18 11:52P hrg JZM 02/06/18 8:41 Letter #1 Validation Notice - A sent
                          sys 11/21/18 11:52P hrg JZM 02/06/18 8:41 DBPL95 NOT changed. et PL95SENT index
                          sys 11/21/18 11:52P 1548453291
                          sys 11/21/18 11:52P hrg JZM 02/06/18 8:41 (R-36545987)
                          sys 11/21/18 11:52P hrg JZM 02/06/18 9:05 2999 DLC SERIES COMPLETE et tROLL2999
                          sys 11/21/18 11:52P index 1548787024
                          sys 11/21/18 11:52P hrg JZM 02/06/18 9:05 Transferred to collector 0 et
                          sys 11/21/18 11:52P tROLL2999 index 1548787025
                          sys 11/21/18 11:52P hrg JZM 02/06/18 9:05 (R-36545987)
                          sys 11/21/18 11:52P hrg JZM 02/06/18 9:05 Updated udw 500,23 with 02/06/2018 et
                          sys 11/21/18 11:52P tROLL2999 index
                          sys 11/21/18 11:52P hrg JZM 02/06/18 9:05 1548787026 (R-36545987)
                          sys 11/21/18 11:52P hrg JZM 02/06/18 9:05 enDO NORDRECM changed DU20114 from to
                          sys 11/21/18 11:52P 020618
                          sys 11/21/18 11:52P hrg JZM 02/06/18 9:13 enDO NORDRECA changed DU20115 from to
                          sys 11/21/18 11:52P hrg sys 02/06/18 9:40 3NEW NEW BUSINESS (10) et tNEWASSIGN
                          sys 11/21/18 11:52P index 1548958349
                          sys 11/21/18 11:52P hrg sys 02/06/18 9:40 Set tie parameters to Y,Y,Y et
                          sys 11/21/18 11:52P tNEWASSIGN index 1548958350
                          sys 11/21/18 11:52P hrg sys 02/06/18 9:40 (A-36545987)
                          sys 11/21/18 11:52P hrg sys 02/06/18 9:40 3000 Active Account (11) sys
                          sys 11/21/18 11:52P hrg gc 02/13/18 12:58P res 352-348-7714 AM MSG LEFT
                          sys 11/21/18 11:52P hrg gc 02/13/18 12:58P 3NEW NEW BUSINESS (10) Answering
                          sys 11/21/18 11:52P Machine
```

```
                    sys 11/21/18 11:52P hrg gc 02/16/18 12:03P res 352-348-7714 AM MSG LEFT
                    sys 11/21/18 11:52P hrg gc 02/16/18 12:03P 3NEW NEW BUSINESS (10) Answering
                    sys 11/21/18 11:52P hrg gc 02/19/18 12:11P res 352-348-7714 AM NO MSG LEFT
                    sys 11/21/18 11:52P hrg gc 02/19/18 12:11P 3NEW NEW BUSINESS (10) Answering
                    sys 11/21/18 11:52P hrg gc 02/22/18 12:18P res 352-348-7714 AM NO MSG LEFT
                    sys 11/21/18 11:52P hrg gc 02/22/18 12:18P 3NEW NEW BUSINESS (10) Answering
                    sys 11/21/18 11:52P hrg gc 02/26/18 1:06P res 352-348-7714 AM NO MSG LEFT
                    sys 11/21/18 11:52P hrg gc 02/26/18 1:06P 3NEW NEW BUSINESS (10) Answering
                    sys 11/21/18 11:52P hrg gc 03/01/18 12:47P res 352-348-7714 AM NO MSG LEFT
                    sys 11/21/18 11:52P hrg gc 03/01/18 12:47P 3NEW NEW BUSINESS (10) Answering
                    sys 11/21/18 11:52P hrg gc 03/05/18 2:05P res 352-348-7714 no answer
                    sys 11/21/18 11:52P hrg gc 03/05/18 2:05P 3NEW NEW BUSINESS (10)
                    sys 11/21/18 11:52P hrg gc 03/09/18 12:50P res 352-348-7714 AM MSG LEFT

    10/22/20                             ACCOUNT RESOLUTION SERVICES
PAGE  5
     2:16 PM   PJB                              SELECTED
                    sys 11/21/18 11:52P hrg gc 03/09/18 12:50P 3NEW NEW BUSINESS (10) Answering
                    sys 11/21/18 11:52P hrg gc 03/12/18 2:27P res 352-348-7714 AM NO MSG LEFT
                    sys 11/21/18 11:52P hrg gc 03/12/18 2:27P 3NEW NEW BUSINESS (10) Answering
                    sys 11/21/18 11:52P hrg nje 03/13/18 1:04 Transferred to collector HIB et
                    sys 11/21/18 11:52P tHIBTRANS index 1614975099
                    sys 11/21/18 11:52P hrg nje 03/13/18 1:04 (R-36545987)
                    sys 11/21/18 11:52P hrg nje 03/13/18 1:04 3000 Active Account (11) et tHIBTRANS
                    sys 11/21/18 11:52P index 1614975100
                    sys 11/21/18 11:52P hrg nje 03/14/18 2:57 Letter #3 2nd Follow-Up Letter - C
                    sys 11/21/18 11:52P requested et tLTR3 index
                    sys 11/21/18 11:52P hrg nje 03/14/18 2:57 1618123069 1
                    sys 11/21/18 11:52P hrg nje 03/14/18 2:57 LTR 3(C) Rqstd on Route.This acct
                    sys 11/21/18 11:52P Listed on 3C Notice! et
                    sys 11/21/18 11:52P hrg nje 03/14/18 2:57 tLTR3 index 1618123071
                    sys 11/21/18 11:52P hrg JZM 03/14/18 9:23 Letter #3 2nd Follow-Up Letter - C
                    sys 11/21/18 11:52P sent
                    sys 11/21/18 11:52P hrg JZM 03/14/18 9:31 enDO NORDRECM changed DU20114 from
                    sys 11/21/18 11:52P 02062018 to 031418
                    sys 11/21/18 11:52P hrg JZM 03/14/18 9:34 enDO NORDRECA changed DU20115 from
                    sys 11/21/18 11:52P hrg gc 03/15/18 1:37P res 352-348-7714 AM NO MG LEFT
                    sys 11/21/18 11:52P hrg gc 03/15/18 1:37P 3000 Active Account (11) Answering
                    sys 11/21/18 11:52P hrg gc 03/20/18 5:28P res 352-348-7714 AM MSG LEFT
                    sys 11/21/18 11:52P hrg gc 03/20/18 5:28P 3000 Active Account (11) Answering
                    sys 11/21/18 11:52P hrg gc 03/23/18 2:08P res 352-348-7714 AM NO MSG LEFT
                    sys 11/21/18 11:52P hrg gc 03/23/18 2:08P 3000 Active Account (11) Answering
                    sys 11/21/18 11:52P hrg gc 03/26/18 7:18P res 352-348-7714 AM NO MSG LEFT
                    sys 11/21/18 11:52P hrg gc 03/26/18 7:18P 3000 Active Account (11) Answering
                    sys 11/21/18 11:52P hrg kfm 03/29/18 12:00P Letter #300 SETTLEMENT OFFER
                    sys 11/21/18 11:52P requested et SIFLTR index
                    sys 11/21/18 11:52P hrg kfm 03/29/18 12:00P 1644723095 1
                    sys 11/21/18 11:52P hrg kfm 03/29/18 12:00P SIF LTR OFFER MAILED TO
                    sys 11/21/18 11:52P CONSUMER.SEE WIN 505 FOR AMT,DTE,
                    sys 11/21/18 11:52P hrg kfm 03/29/18 12:00P RTEBAL et SIFLTR index 1644723099
                    sys 11/21/18 11:52P hrg kfm 03/29/18 12:00P AT TIME LTR SENT! et SIFLTR index
                    sys 11/21/18 11:52P 1644723100
                    sys 11/21/18 11:52P hrg gc 03/29/18 4:46P res 352-348-7714 AM MSG LEFT
                    sys 11/21/18 11:52P hrg gc 03/29/18 4:46P 3000 Active Account (11) Answering
                    sys 11/21/18 11:52P hrg JZM 03/30/18 8:53 Letter #300 SETTLEMENT OFFER sent
                    sys 11/21/18 11:52P hrg JZM 03/30/18 9:07 enDO NORDRECM changed DU20114 from
                    sys 11/21/18 11:52P 03142018 to 033018
                    sys 11/21/18 11:52P hrg JZM 03/30/18 9:11 enDO NORDRECA changed DU20115 from
                    sys 11/21/18 11:52P hrg gc 04/04/18 2:34P res 352-348-7714 AM MSG LEFT
                    sys 11/21/18 11:52P hrg gc 04/04/18 2:34P 3000 Active Account (11) Answering
                    sys 11/21/18 11:52P hrg gc 04/06/18 2:22P res 352-348-7714 AM MSG LEFT
                    sys 11/21/18 11:52P hrg gc 04/06/18 2:22P 3000 Active Account (11) Answering
                    sys 11/21/18 11:52P hrg gc 04/11/18 1:09P res 352-348-7714 AM MSG LEFT
                    sys 11/21/18 11:52P hrg gc 04/11/18 1:09P 3000 Active Account (11) Answering
                    sys 11/21/18 11:52P hrg gc 04/13/18 12:39P res 352-348-7714 AM MSG LEFT
                    sys 11/21/18 11:52P hrg gc 04/13/18 12:39P 3000 Active Account (11) Answering
                    sys 11/21/18 11:52P hrg gc 04/18/18 12:09P res 352-348-7714 AM NO MSG LEFT

    10/22/20                             ACCOUNT RESOLUTION SERVICES
```

```
   PAGE 6
     2:16 PM  PJB                                     SELECTED
                         sys 11/21/18 11:52P hrg gc 04/18/18 12:09P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 04/20/18 2:09P res 352-348-7714 AM NO MSG LEFT
                         sys 11/21/18 11:52P hrg gc 04/20/18 2:09P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 04/25/18 12:13P res 352-348-7714 AM NO MSG LEFT
                         sys 11/21/18 11:52P hrg gc 04/25/18 12:13P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 04/27/18 12:48P res 352-348-7714 AM NO MSG LEFT
                         sys 11/21/18 11:52P hrg gc 04/27/18 12:48P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 05/02/18 11:37 res 352-348-7714 AM NO MSG LEFT
                         sys 11/21/18 11:52P hrg gc 05/02/18 11:37 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 05/04/18 1:57P res 352-348-7714 AM NO MSG LEFT
                         sys 11/21/18 11:52P hrg gc 05/04/18 1:57P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 05/09/18 12:43P res 352-348-7714 AM NO MSG LEFT
                         sys 11/21/18 11:52P hrg gc 05/09/18 12:43P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 05/11/18 2:02P res 352-348-7714 AM NO MSG LEFT
                         sys 11/21/18 11:52P hrg gc 05/11/18 2:02P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 05/15/18 7:33P res 352-348-7714 AM MSG LEFT
                         sys 11/21/18 11:52P hrg gc 05/15/18 7:33P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 05/18/18 2:34P res 352-348-7714 AM NO MSG LEFT
                         sys 11/21/18 11:52P hrg gc 05/18/18 2:34P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 05/23/18 12:09P res 352-348-7714 AM MSG LEFT
                         sys 11/21/18 11:52P hrg gc 05/23/18 12:09P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 05/25/18 2:56P res 352-348-7714 AM MSG LEFT
                         sys 11/21/18 11:52P hrg gc 05/25/18 2:56P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 05/31/18 5:18P res 352-348-7714 AM NO MSG LEFT
                         sys 11/21/18 11:52P hrg gc 05/31/18 5:18P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 06/06/18 1:06P res 352-348-7714 AM MSG LEFT
                         sys 11/21/18 11:52P hrg gc 06/06/18 1:06P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 06/08/18 3:03P res 352-348-7714 AM MSG LEFT
                         sys 11/21/18 11:52P hrg gc 06/08/18 3:03P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 06/13/18 4:07P res 352-348-7714 AM MSG LEFT
                         sys 11/21/18 11:52P hrg gc 06/13/18 4:07P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 06/15/18 3:41P res 352-348-7714 AM MSG LEFT
                         sys 11/21/18 11:52P hrg gc 06/15/18 3:41P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 06/20/18 11:55 res 352-348-7714 AM MSG LEFT
                         sys 11/21/18 11:52P hrg gc 06/20/18 11:55 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 06/22/18 3:20P res 352-348-7714 AM MSG LEFT
                         sys 11/21/18 11:52P hrg gc 06/22/18 3:20P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 06/27/18 11:57 res 352-348-7714 AM MSG LEFT
                         sys 11/21/18 11:52P hrg gc 06/27/18 11:57 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 06/29/18 2:27P res 352-348-7714 AM MSG LEFT
                         sys 11/21/18 11:52P hrg gc 06/29/18 2:27P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 07/11/18 1:28P res 352-348-7714 AM MSG LEFT
                         sys 11/21/18 11:52P hrg gc 07/11/18 1:28P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 07/13/18 4:49P res 352-348-7714 AM MSG LEFT
                         sys 11/21/18 11:52P hrg gc 07/13/18 4:49P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 07/18/18 1:59P res 352-348-7714 AM MSG LEFT
                         sys 11/21/18 11:52P hrg gc 07/18/18 1:59P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 07/20/18 5:31P res 352-348-7714 AM MSG LEFT
                         sys 11/21/18 11:52P hrg gc 07/20/18 5:31P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 07/25/18 1:57P res 352-348-7714 AM NO MSG LEFT

     10/22/20                               ACCOUNT RESOLUTION SERVICES
   PAGE 7
     2:16 PM  PJB                                     SELECTED
                         sys 11/21/18 11:52P hrg gc 07/25/18 1:57P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 07/27/18 4:12P res 352-348-7714 AM MSG LEFT
                         sys 11/21/18 11:52P hrg gc 07/27/18 4:12P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 08/01/18 12:55P res 352-348-7714 AM MSG LEFT
                         sys 11/21/18 11:52P hrg gc 08/01/18 12:55P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 08/03/18 5:29P res 352-348-7714 AM MSG LEFT
                         sys 11/21/18 11:52P hrg gc 08/03/18 5:29P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 08/08/18 1:29P res 352-348-7714 AM MSG LEFT
                         sys 11/21/18 11:52P hrg gc 08/08/18 1:29P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 08/15/18 1:45P res 352-348-7714 AM MSG LEFT
                         sys 11/21/18 11:52P hrg gc 08/15/18 1:45P 3000 Active Account (11) Answering
                         sys 11/21/18 11:52P hrg gc 08/22/18 1:18P res 352-348-7714 LINE LOST WHILE
                         sys 11/21/18 11:52P RINGING
```

DF ARS's Res to Request for Production_0008

```
                          sys 11/21/18 11:52P hrg APH 08/29/18 11:46 (gc) res 352-348-7714
                          sys 11/21/18 11:52P hrg APH 08/29/18 11:47 No Answer (conts)
                          sys 11/21/18 11:52P hrg APH 08/29/18 11:47 3000 Active Account (11)
                          sys 11/21/18 11:52P hrg nje 09/04/18 2:24 Letter #7 Final Notice - S requested
                          sys 11/21/18 11:52P et tLTR7TMP index
                          sys 11/21/18 11:52P hrg nje 09/04/18 2:24 1930829614 1
                          sys 11/21/18 11:52P hrg nje 09/04/18 2:24 LTR 7 FINAL NOTICE REQUESTED et
                          sys 11/21/18 11:52P tLTR7TMP index 1930829616
                          sys 11/21/18 11:52P hrg JZM 09/04/18 8:53 Letter #7 Final Notice - S sent
                          sys 11/21/18 11:52P hrg JZM 09/04/18 8:58 enDO NORDRECM changed DU20114 from
                          sys 11/21/18 11:52P 03302018 to 090418
                          sys 11/21/18 11:52P hrg JZM 09/04/18 9:00 enDO NORDRECA changed DU20115 from
                          sys 11/21/18 11:52P hrg NA1 09/05/18 2:12P enDI NORDNCOA changed DBADD1 from
                          sys 11/21/18 11:52P 1310 CANYON OAKS DR to
                          sys 11/21/18 11:52P hrg NA1 09/05/18 2:12P 1701 N LOIS AVE UNIT 335
                          sys 11/21/18 11:52P hrg NA1 09/05/18 2:12P enDI NORDNCOA changed DBCITY from
                          sys 11/21/18 11:52P BRANDON to TAMPA
                          sys 11/21/18 11:52P hrg NA1 09/05/18 2:12P enDI NORDNCOA changed DBZIP from
                          sys 11/21/18 11:52P 33510 to 336072421
                          sys 11/21/18 11:52P hrg NA1 09/05/18 2:12P enDI NORDNCOA changed DU51111 from
                          sys 11/21/18 11:52P to 09052018
                          sys 11/21/18 11:52P hrg NA1 09/05/18 2:12P enDI NORDNCOA changed DU51110 from
                          sys 11/21/18 11:52P to 36-Individual Move
                          sys 11/21/18 11:52P hrg gc 09/12/18 1:12P res 352-348-7714 AM MSG LEFT
                          sys 11/21/18 11:52P hrg gc 09/12/18 1:12P 3000 Active Account (11) Answering
                          sys 11/21/18 11:52P hrg gc 09/19/18 12:07P res 352-348-7714 AM MSG LEFT
                          sys 11/21/18 11:52P hrg gc 09/19/18 12:07P 3000 Active Account (11) Answering
                          sys 11/21/18 11:52P hrg gc 09/27/18 2:42P res 352-348-7714 no answer
                          sys 11/21/18 11:52P hrg gc 09/27/18 2:42P 3000 Active Account (11)
                          sys 11/21/18 11:52P hrg gc 10/03/18 12:13P res 352-348-7714 AM MSG LEFT
                          sys 11/21/18 11:52P hrg gc 10/03/18 12:13P 3000 Active Account (11) Answering
                          sys 11/21/18 11:52P hrg gc 10/09/18 6:47P res 352-348-7714 AM NO MSG LEFT
                          sys 11/21/18 11:52P hrg gc 10/09/18 6:47P 3000 Active Account (11) Answering
                          sys 11/21/18 11:52P hrg gc 10/17/18 12:47P res 352-348-7714 AM MSG LEFT
                          sys 11/21/18 11:52P hrg gc 10/17/18 12:47P 3000 Active Account (11) Answering
                          sys 11/21/18 11:52P hrg gc 10/24/18 12:41P res 352-348-7714 AM MSG LEFT
                          sys 11/21/18 11:52P hrg gc 10/24/18 12:41P 3000 Active Account (11) Answering

     10/22/20                                       ACCOUNT RESOLUTION SERVICES
    PAGE 8
       2:16 PM   PJB                                         SELECTED
                          sys 11/21/18 11:52P hrg gc 10/26/18 5:23P res 352-348-7714 AM NO MSG LEFT
                          sys 11/21/18 11:52P hrg gc 10/26/18 5:23P 3000 Active Account (11) Answering
                          sys 11/21/18 11:52P hrg gc 10/31/18 12:06P res 352-348-7714 AM NO MSG LEFT
                          sys 11/21/18 11:52P hrg gc 10/31/18 12:06P 3000 Active Account (11) Answering
                          sys 11/21/18 11:52P hrg gc 11/02/18 5:25P res 352-348-7714 AM MSG LEFT
                          sys 11/21/18 11:52P hrg gc 11/02/18 5:25P 3000 Active Account (11) Answering
                          sys 11/21/18 11:52P hrg nje 11/07/18 2:18 Untied account from route 36545987 et
                          sys 11/21/18 11:52P ret14300 index
                          sys 11/21/18 11:52P hrg nje 11/07/18 2:18 2058566084 (A-36545987)
                          sys 11/21/18 11:52P hrg nje 11/07/18 2:18 Stopped 0 letters et ret14300 index
                          sys 11/21/18 11:52P 2058566085
                          sys 11/21/18 11:52P hrg nje 11/07/18 2:18 0900 REQUEST TO CANCEL set c.c. 14
                          sys 11/21/18 11:52P w/ovrde N et ret14300
                          sys 11/21/18 11:52P hrg nje 11/07/18 2:18 index 2058566089
                          sys 11/21/18 11:52P hrg nje 11/07/18 2:18 Transferred to collector AEE et
                          sys 11/21/18 11:52P ret14300 index 2058566090
                          sys 11/21/18 11:52P hrg nje 11/07/18 2:18 (R-36545987)
                          sys 11/21/18 11:52P hrg nje 11/07/18 2:18 Placement period ended.Code 14 Cancel
                          sys 11/21/18 11:52P to IDX.Await et
                          sys 11/21/18 11:52P hrg nje 11/07/18 2:18 ret14300 index 2058566091
                          sys 11/21/18 11:52P hrg nje 11/07/18 2:18 Await data from client to show 2ndry
                          sys 11/21/18 11:52P Agency et ret14300
                          sys 11/21/18 11:52P hrg nje 11/07/18 2:18 index 2058566092
                          sys 11/21/18 11:52P hrg OXH 11/21/18 10:02 enDI FSCARSrf changed DU20122 from
                          sys 11/21/18 11:52P 14 to ARS
                          sys 11/21/18 11:52P hrg OXH 11/21/18 10:02 Untied account from route 36545987
                          sys 11/21/18 11:52P enDI FSCARSrf
                          sys 11/21/18 11:52P hrg OXH 11/21/18 10:02 9000 CANCEL enDI FSCARSrf
```

```
              GAP 11/22/18  7:28  2500 REQUESTING INFO et DS2000 index 1306573164
              GAP 11/22/18 12:55P 2501 Info Ret from Medlyt enDI MEDLYTIX
              GAP 11/22/18  1:20P Letter series #1 started et 950 index 1306812008
              GAP 11/22/18  1:20P Letter #1 AR-A Validation Notice requested et 950 1
              GAP 11/22/18  1:20P Updated udw 894,4 with lb BATCH1 et 950 index 1306812009
              GAP 11/22/18  1:20P (A-86549439)
              GAP 11/22/18  1:20P Updated udw 894,5 with 11/22/2018 et 950 index 1306812010
              OXH 11/26/18  9:48  Letter #1 AR-A Validation Notice sent
              OXH 11/26/18  9:48  Set tie parameters to Y,Y,Y et p3000H index 1307043885
              OXH 11/26/18  9:48  (A-86549439)
              OXH 11/26/18  9:48  Set assignment parameters to HSU,,,0 et p3000H index
              OXH 11/26/18  9:48  1307043886 (A-86549439)
              OXH 11/26/18  9:48  3000 ACTIVE ACCOUNT et SUCCLS index 1307043884
              OXH 11/26/18  9:48  This user has no route. et SUCCLS index 1307043887
              OXH 11/26/18  9:48  (R-86549439)
              OXH 11/26/18 10:21  enDO NORDRECM changed DU20114 from  to 112618
              gc  12/03/18  2:40P res 352-348-7714 ANS MACH NO MESSAGE LEFT
              gc  12/03/18  2:40P 3000 ACTIVE ACCOUNT Answering Machine
              gc  12/07/18  2:38P res 352-348-7714 ANS MACH NO MESSAGE LEFT
              gc  12/07/18  2:38P 3000 ACTIVE ACCOUNT Answering Machine
              gc  12/10/18  2:35P res 352-348-7714 ANS MACH NO MESSAGE LEFT
              gc  12/10/18  2:35P 3000 ACTIVE ACCOUNT Answering Machine

   10/22/20                            ACCOUNT RESOLUTION SERVICES
   PAGE 9
     2:16 PM  PJB                               SELECTED
              gc  12/13/18  2:34P res 352-348-7714 ANS MACH NO MESSAGE LEFT
              gc  12/13/18  2:34P 3000 ACTIVE ACCOUNT Answering Machine
              gc  12/17/18  9:04  res 352-348-7714 ANS MACH NO MESSAGE LEFT
              gc  12/17/18  9:04  3000 ACTIVE ACCOUNT Answering Machine
              gc  12/20/18 11:09  res 352-348-7714 ANS MACH NO MESSAGE LEFT
              gc  12/20/18 11:09  3000 ACTIVE ACCOUNT Answering Machine
              gc  12/26/18  2:36P res 352-348-7714 No Answer
              gc  12/26/18  2:36P 3000 ACTIVE ACCOUNT
              gc  12/31/18  8:30  res 352-348-7714 ANS MACH NO MESSAGE LEFT
              gc  12/31/18  8:30  3000 ACTIVE ACCOUNT Answering Machine
              gc  01/04/19 10:22  res 352-348-7714 ANS MACH NO MESSAGE LEFT
              gc  01/04/19 10:22  3000 ACTIVE ACCOUNT Answering Machine
              nje 01/05/19 12:21  Letter #8 A8 - Followup Notice requested et FNLLTR index
              nje 01/05/19 12:21  1377699763 1
              JZM 01/07/19  8:59  Letter #8 A8 - Followup Notice sent
              JZM 01/07/19  9:10  enDO NORDRECM changed DU20114 from 11262018 to 010719
              gc  01/14/19  5:26P res 352-348-7714 ANS MACH NO MESSAGE LEFT
              gc  01/14/19  5:26P 3000 ACTIVE ACCOUNT Answering Machine
              gc  01/18/19 10:04  res 352-348-7714 ANS MACH NO MESSAGE LEFT
              gc  01/18/19 10:04  3000 ACTIVE ACCOUNT Answering Machine
              gc  01/21/19  4:49P res 352-348-7714 ANS MACH NO MESSAGE LEFT
              gc  01/21/19  4:49P 3000 ACTIVE ACCOUNT Answering Machine
              gc  01/25/19 10:31  res 352-348-7714 ANS MACH NO MESSAGE LEFT
              gc  01/25/19 10:31  3000 ACTIVE ACCOUNT Answering Machine
              gc  01/28/19  3:06P res 352-348-7714 ANS MACH NO MESSAGE LEFT
              gc  01/28/19  3:06P 3000 ACTIVE ACCOUNT Answering Machine
              gc  02/01/19  9:55  res 352-348-7714 ANS MACH NO MESSAGE LEFT
              gc  02/01/19  9:55  3000 ACTIVE ACCOUNT Answering Machine
              gc  02/04/19  9:32  res 352-348-7714 ANS MACH NO MESSAGE LEFT
              gc  02/04/19  9:32  3000 ACTIVE ACCOUNT Answering Machine
              gc  02/08/19 11:26  res 352-348-7714 ANS MACH NO MESSAGE LEFT
              gc  02/08/19 11:26  3000 ACTIVE ACCOUNT Answering Machine
              gc  02/11/19 11:29  res 352-348-7714 ANS MACH NO MESSAGE LEFT
              gc  02/11/19 11:29  3000 ACTIVE ACCOUNT Answering Machine
              gc  02/14/19 10:44  res 352-348-7714 ANS MACH NO MESSAGE LEFT
              gc  02/14/19 10:44  3000 ACTIVE ACCOUNT Answering Machine
              gc  02/18/19 10:59  res 352-348-7714 ANS MACH NO MESSAGE LEFT
              gc  02/18/19 10:59  3000 ACTIVE ACCOUNT Answering Machine
              gc  02/21/19  4:19P res 352-348-7714 ANS MACH NO MESSAGE LEFT
              gc  02/21/19  4:19P 3000 ACTIVE ACCOUNT Answering Machine
              gc  02/25/19 11:16  res 352-348-7714 ANS MACH NO MESSAGE LEFT
              gc  02/25/19 11:16  3000 ACTIVE ACCOUNT Answering Machine
              gc  03/04/19 10:47  res 352-348-7714 ANS MACH NO MESSAGE LEFT
```

```
                        gc  03/04/19 10:47   3000 ACTIVE ACCOUNT Answering Machine
                        gc  03/08/19  4:19P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  03/08/19  4:19P 3000 ACTIVE ACCOUNT Answering Machine
                        gc  03/11/19 10:51  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  03/11/19 10:51  3000 ACTIVE ACCOUNT Answering Machine
                        CYL 03/15/19  4:28P (gc)  res 352-348-7714
                        gc  03/18/19 10:40  res 352-348-7714 ANS MACH NO MESSAGE LEFT

     10/22/20                              ACCOUNT RESOLUTION SERVICES
     PAGE 10
      2:16 PM  PJB                                  SELECTED
                        gc  03/18/19 10:40  3000 ACTIVE ACCOUNT Answering Machine
                        gc  03/21/19  4:46P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  03/21/19  4:46P 3000 ACTIVE ACCOUNT Answering Machine
                        gc  03/25/19 10:56  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  03/25/19 10:56  3000 ACTIVE ACCOUNT Answering Machine
                        gc  03/29/19  3:09P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  03/29/19  3:09P 3000 ACTIVE ACCOUNT Answering Machine
                        gc  04/01/19 11:00  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  04/01/19 11:00  3000 ACTIVE ACCOUNT Answering Machine
                        gc  04/04/19  5:25P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  04/04/19  5:25P 3000 ACTIVE ACCOUNT Answering Machine
                        gc  04/08/19 10:37  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  04/08/19 10:37  3000 ACTIVE ACCOUNT Answering Machine
                        gc  04/12/19  4:18P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  04/12/19  4:18P 3000 ACTIVE ACCOUNT Answering Machine
                        gc  04/15/19 10:51  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  04/15/19 10:51  3000 ACTIVE ACCOUNT Answering Machine
                        gc  04/22/19 10:48  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  04/22/19 10:48  3000 ACTIVE ACCOUNT Answering Machine
                        gc  04/25/19  9:56  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  04/25/19  9:56  3000 ACTIVE ACCOUNT Answering Machine
                        gc  04/30/19 11:17  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  04/30/19 11:17  3000 ACTIVE ACCOUNT Answering Machine
                        gc  05/07/19 11:28  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  05/07/19 11:28  3000 ACTIVE ACCOUNT Answering Machine
                        gc  05/14/19 11:22  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  05/14/19 11:22  3000 ACTIVE ACCOUNT Answering Machine
                        gc  05/20/19 10:17  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  05/20/19 10:17  3000 ACTIVE ACCOUNT Answering Machine
                        gc  05/29/19 11:19  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  05/29/19 11:19  3000 ACTIVE ACCOUNT Answering Machine
                        gc  06/03/19 11:08  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  06/03/19 11:08  3000 ACTIVE ACCOUNT Answering Machine
                        gc  06/11/19 11:05  res 352-348-7714 No Answer
                        gc  06/11/19 11:05  3000 ACTIVE ACCOUNT
                        gc  06/18/19 10:18  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  06/18/19 10:18  3000 ACTIVE ACCOUNT Answering Machine
                        gc  06/21/19  3:12P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  06/21/19  3:12P 3000 ACTIVE ACCOUNT Answering Machine
                        gc  06/24/19 10:28  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  06/24/19 10:28  3000 ACTIVE ACCOUNT Answering Machine
                        gc  06/27/19  9:41  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  06/27/19  9:41  3000 ACTIVE ACCOUNT Answering Machine
                        gc  07/02/19  4:09P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  07/02/19  4:09P 3000 ACTIVE ACCOUNT Answering Machine
                        gc  07/11/19  3:44P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  07/11/19  3:44P 3000 ACTIVE ACCOUNT Answering Machine
                        gc  07/16/19 10:48  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                        gc  07/16/19 10:48  3000 ACTIVE ACCOUNT Answering Machine
                        PJB 07/23/19  6:34P Updated udw 505,20 with 07/23/2019 et SIFLTR index

     10/22/20                              ACCOUNT RESOLUTION SERVICES
     PAGE 11
      2:16 PM  PJB                                  SELECTED
                        PJB 07/23/19  6:34P 1541857663 (A-86549439)
                        PJB 07/23/19  6:34P Updated udw 505,12 with lb RTEBAL et SIFLTR index
                        PJB 07/23/19  6:34P 1541857664 (A-86549439)
                        PJB 07/23/19  6:34P Updated udw 505,13 with lb SIF50 et SIFLTR index 1541857665
```

DF ARS's Res to Request for Production_0011

```
                       PJB 07/23/19  6:34P (A-86549439)
                       PJB 07/23/19  6:34P Letter #200 SETTLEMENT OFFER requested et SIFLTR index
                       PJB 07/23/19  6:34P 1541857666 1
                       gc  07/23/19  7:41P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc  07/23/19  7:41P 3000 ACTIVE ACCOUNT Answering Machine
                       DRS 07/24/19  8:45  Letter #200 SETTLEMENT OFFER sent
                       DRS 07/24/19  9:14  Updated udw 505,21 with 07/24/2019 et SIFLTS index
                       DRS 07/24/19  9:14  1544822015 (A-86549439)
                       DRS 07/24/19  9:14  Updated udw 505,22 with 08/23/2019 et SIFLTS index
                       DRS 07/24/19  9:14  1544822016 (A-86549439)
                       DRS 07/24/19  9:14  enDO NORDRECM changed DU20114 from 01072019 to 072419
                       gc  07/31/19  8:37  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc  07/31/19  8:37  3000 ACTIVE ACCOUNT Answering Machine
                       gc  08/06/19  5:46P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc  08/06/19  5:46P 3000 ACTIVE ACCOUNT Answering Machine
                       gc  08/13/19  6:58P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc  08/13/19  6:58P 3000 ACTIVE ACCOUNT Answering Machine
                       gc  08/21/19  9:26  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc  08/21/19  9:26  3000 ACTIVE ACCOUNT Answering Machine
                       gc  08/27/19  6:45P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc  08/27/19  6:45P 3000 ACTIVE ACCOUNT Answering Machine
                       gc  09/05/19 10:21  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc  09/05/19 10:21  3000 ACTIVE ACCOUNT Answering Machine
                       gc  09/11/19  2:54P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc  09/11/19  2:54P 3000 ACTIVE ACCOUNT Answering Machine
                       gc  09/17/19  7:05P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc  09/17/19  7:05P 3000 ACTIVE ACCOUNT Answering Machine
                       gc  09/24/19  5:40P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc  09/24/19  5:40P 3000 ACTIVE ACCOUNT Answering Machine
                       gc  10/01/19  6:30P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc  10/01/19  6:30P 3000 ACTIVE ACCOUNT Answering Machine
                       gc  10/08/19  5:06P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc  10/08/19  5:06P 3000 ACTIVE ACCOUNT Answering Machine
                       gc  10/15/19  5:09P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc  10/15/19  5:09P 3000 ACTIVE ACCOUNT Answering Machine
                       gc  10/23/19  9:24  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc  10/23/19  9:24  3000 ACTIVE ACCOUNT Answering Machine
                       KGB 10/30/19  9:50  (gc)  res 352-348-7714
                       KGB 10/30/19  9:50  Party Hung-Up (conts)
                       KGB 10/30/19  9:50  3000 ACTIVE ACCOUNT
                       PJB 11/01/19  9:35  Created a Link request using Service Type ARSLNDECADD et
                       PJB 11/01/19  9:35  LNDDD index 1603935975 (A-86549439)
                       PJB 11/01/19  9:35  Updated udw 510,37 with 11/01/2019 et LNDDD index
                       PJB 11/01/19  9:35  1603935976 (A-86549439)
                       PJB 11/01/19  9:36  LN (ARSLNDECADD) Created skiptrace request for 'DEBTOR SKIP
                       PJB 11/01/19  9:36  INFO' window 2 (TID #118774673).

     10/22/20                             ACCOUNT RESOLUTION SERVICES
     PAGE 12
       2:16 PM  PJB                                    SELECTED
                       PJB 11/02/19 12:22  LN (ARSLNDECADD) Received skiptrace results for 'DEBTOR
                       PJB 11/02/19 12:22  SKIP INFO' window 2 (TID #118774673).
                       PJB 11/02/19 12:22  LEX NEX DECEASED NO HIT et LNDECNOHIT index 1604538542
                       PJB 11/02/19 12:22  Updated udw 510,38 with 11/02/2019 et LNDECNOHIT index
                       PJB 11/02/19 12:22  1604538546 (A-86549439)
                       gc  11/13/19  5:11P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc  11/13/19  5:11P 3000 ACTIVE ACCOUNT Answering Machine
                       gc  11/20/19  3:17P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc  11/20/19  3:17P 3000 ACTIVE ACCOUNT Answering Machine
                       gc  11/27/19 10:11  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc  11/27/19 10:11  3000 ACTIVE ACCOUNT Answering Machine
                       gc  12/11/19  6:19P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc  12/11/19  6:19P 3000 ACTIVE ACCOUNT Answering Machine
                       gc  01/09/20  5:09P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc  01/09/20  5:09P 3000 ACTIVE ACCOUNT Answering Machine
                       gc  01/15/20 10:25  res 352-348-7714 No Answer
                       gc  01/15/20 10:25  3000 ACTIVE ACCOUNT
                       gc  01/22/20  7:37P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc  01/22/20  7:37P 3000 ACTIVE ACCOUNT Answering Machine
```

DF ARS's Res to Request for Production_0012

```
                       gc   01/29/20 10:09  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc   01/29/20 10:09  3000 ACTIVE ACCOUNT Answering Machine
                       gc   02/05/20  6:22P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc   02/05/20  6:22P 3000 ACTIVE ACCOUNT Answering Machine
                       gc   02/13/20  4:57P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc   02/13/20  4:57P 3000 ACTIVE ACCOUNT Answering Machine
                       nje  02/17/20  7:30  enDI ARBDI1RF changed DU88505 from  to 03/10/2020,6215
                       nje  02/17/20  5:15P Set disputed flag on account et eOSCdisput index 1684459321
                       nje  02/17/20  5:15P (A-86549439)
                       nje  02/19/20  7:30  enDI ARBDI1RF changed DU88505 from 03-10-2020 to
                       nje  02/19/20  7:30  03/13/2020,3742
                       nje  02/20/20  7:30  enDI ARBDI1RF changed DU88505 from 03-13-2020 to
                       nje  02/20/20  7:30  03/16/2020,4929
                       nje  02/21/20  7:30  enDI ARBDI1RF changed DU88505 from 03-16-2020 to
                       nje  02/21/20  7:30  03/14/2020,7547
                       nje  02/25/20  7:30  enDI ARBDI1RF changed DU88505 from 03-14-2020 to
                       nje  02/25/20  7:30  03/19/2020,1068
                       PJB  02/25/20 10:16  RESPONDED TO CFPB COMPLAINT
                       gc   02/26/20  2:14P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc   02/26/20  2:14P 3000 ACTIVE ACCOUNT Answering Machine
                       nje  02/27/20  7:30  enDI ARBDI1RF changed DU88505 from 03-19-2020 to
                       nje  02/27/20  7:30  03/22/2020,6766
                       nje  03/02/20  7:30  enDI ARBDI1RF changed DU88505 from 03/22/2020,6766 to
                       nje  03/02/20  7:30  03/18/2020,9635
                       gc   03/05/20  6:48P res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc   03/05/20  6:48P 3000 ACTIVE ACCOUNT Answering Machine
                       nje  03/07/20  6:15P Cleared disputed flag on account et CBSupP index 1702283515
                       nje  03/07/20  6:15P (A-86549439)
                       nje  03/07/20  6:15P Marked account for credit bureau removal et CBSupP index
                       nje  03/07/20  6:15P 1702283516 (A-86549439)
                       GAP  03/09/20  6:34P DU98901 value changed to 030820 et CBFIX index 1745103526

     10/22/20                                ACCOUNT RESOLUTION SERVICES
  PAGE 13
      2:16 PM  PJB                                       SELECTED
                       GAP  03/09/20  6:34P (A-86549439)
                       GAP  03/09/20  6:34P DU98904 value changed to D et CBFIX index 1745103528
                       GAP  03/09/20  6:34P (A-86549439)
                       GAP  03/09/20  6:34P DU98905 value changed to D et CBFIX index 1745103529
                       GAP  03/09/20  6:34P (A-86549439)
                       GAP  03/09/20  6:34P DU98906 value changed to D et CBFIX index 1745103530
                       GAP  03/09/20  6:34P (A-86549439)
                       GAP  03/09/20  6:34P DU98907 value changed to DBDISPUT et CBFIX index 1745103531
                       GAP  03/09/20  6:34P (A-86549439)
                       GAP  03/09/20  6:34P DBCRDTRW value changed to Y et CBFIX index 1745103532
                       GAP  03/09/20  6:34P (A-86549439)
                       GAP  03/09/20  6:34P DBCRDTU value changed to Y et CBFIX index 1745103533
                       GAP  03/09/20  6:34P (A-86549439)
                       GAP  03/09/20  6:34P DBCRDCBI value changed to Y et CBFIX index 1745103534
                       GAP  03/09/20  6:34P (A-86549439)
                       gc   03/12/20 10:27  res 352-348-7714 ANS MACH NO MESSAGE LEFT
                       gc   03/12/20 10:27  3000 ACTIVE ACCOUNT Answering Machine
                       JGP  03/18/20  4:03P (gc) Inbound call from 321-987-6596
                       JGP  03/18/20  4:03P KYRA CCLD FROM THE INS  WILL EMAIL AN EOB
                       RMM  03/19/20  9:39  RECVED EMAAIL FROM KYRA WEISS- Per my conversation with
                       RMM  03/19/20  9:39  Joyce, please see the attached Explanation of Benefits for
                       RMM  03/19/20  9:39  Michael Brinkman account number 86549439. Provider Inphynet
                       RMM  03/19/20  9:39  Contracting Services was an in-network provider on date of
                       RMM  03/19/20  9:39  service 07/25/2017, and therefor should not be balance
                       RMM  03/19/20  9:39  billing the member. Please adjust account and remove member
                       RMM  03/19/20  9:39  for collections
                       RMM  03/19/20  9:41  THE PDF FILE CANNOT BE OPEN
                       LZP  03/20/20  3:24P Letter #17 Dispute Validation requested  1
                       LZP  03/20/20  3:24P MAILED VAL LTR
                       nje  03/23/20  7:30  Letter #17 Dispute Validation sent  1
                       nje  03/23/20  7:30  2501 Info Ret from Medlyt et DSVALSNT index 1765421430
                       nje  03/23/20  7:30  Updated udw 325,16 with 03/23/2020 et DSVALSNT index
                       nje  03/23/20  7:30  1765421432 (A-86549439)
                       nje  03/23/20  7:30  DISPUTE RECEIVED VALIDATION SENT et DSVALSNT index
```

DF ARS's Res to Request for Production_0013

```
                          nje 03/23/20  7:30   1765421433
                          nje 03/23/20  7:31   2999 DLC SERIES COMPLETE et tROLL2999 index 1765423705
                          nje 03/23/20  7:31   Transferred to collector 0 et tROLL2999 index 1765423706
                          nje 03/23/20  7:31   (R-86549439)
                          nje 03/23/20  7:31   Updated udw 500,23 with 03/23/2020 et tROLL2999 index
                          nje 03/23/20  7:31   1765423707 (R-86549439)
                          nje 03/23/20  7:31   enDO NORDRECM changed DU20114 from 07242019 to 032320
                          sys 03/23/20 10:01   Set tie parameters to Y,Y,Y et p3000H index 1765425804
                          sys 03/23/20 10:01   (A-86549439)
                          sys 03/23/20 10:01   Set assignment parameters to HSU,,,0 et p3000H index
                          sys 03/23/20 10:01   1765425805 (A-86549439)
                          sys 03/23/20 10:01   3000 ACTIVE ACCOUNT sys
                          JXP 03/25/20  3:31P  (gc) Inbound call from 352-348-7714
                          JXP 03/25/20  3:49P  mm dtr called for info, advised we recived email to wait
                          JXP 03/25/20  3:49P  for a response from our client
                          NSG 03/25/20  4:18P  ====PLEASE REVIEW LINES 604 IN THE NOTES IF CONSUMER CALLS

        10/22/20                              ACCOUNT RESOLUTION SERVICES
        PAGE 14
         2:16 PM  PJB                                    SELECTED
                          NSG 03/25/20  4:18P  BACK...-NSG 03-25-20====
                          EZC 03/30/20  2:17P  RECVD E-MAIL WITH WORKING ATTACHMENT. FWD TO AYA
                          AYA 03/31/20  7:05   EMAILED EOB TO SBC PT ACCT
                          AYA 03/31/20  7:05   3500 REQUESTING INFO
                          JXY 04/08/20 11:57   (gc) Inbound call from 352-348-7714
                          LZA 04/22/20 11:00   (gc) Inbound call from 352-348-7714
                          LZA 04/22/20 11:07   MM SPW DBTR ADV NOTES FROM 604 SD HE HAS IT ALSO AND HE
                          LZA 04/22/20 11:07   WILL EMAIL TO US TRIED TO SUGGEST TO SEND BY FAX ADV WAIT
                          LZA 04/22/20 11:07   48 HRS B4 CB FOR STATUS
                          YFB 05/01/20  3:04P  (gc) Inbound call from 321-952-3730
                          YFB 05/01/20  3:04P  MM SONIA HEALTH PLAN REP FROM INSU CALLED IN ADVC WHATS ON
                          YFB 05/01/20  3:04P  LINE 604 WILL FAX OVER EOB.
                          AYA 05/04/20  9:01   FAX RCVD- EOB PROVIDED.......WILL FWD TO CLIENT
                          JGP 05/05/20  8:45   (gc) Inbound call from 321-987-6596
                          JGP 05/05/20  8:45   KYRA CLLD FROM INS CO TO CHECK ACCT STATUS
                          JIP 05/05/20 12:52P  (gc) Inbound call from 352-348-7714
                          JIP 05/05/20 12:52P  Telephoned residence,no answer (conts)
                          JIP 05/05/20 12:52P  3500 REQUESTING INFO
                          FAW 05/05/20 12:52P  (gc) Inbound call from 352-348-7714
                          LZA 05/05/20 12:53P  (gc) Inbound call from 352-348-7714
                          LZA 05/05/20 12:55P  (gc) Inbound call from 407-782-0525
                          LZA 05/05/20 12:56P  MM SPW DBTR CB ADV RECV FAX FRWD TO CLIENT
                          AYA 05/07/20  7:15   EMAILED EOB TO DEE AT ALCOA
                          AYA 05/07/20  9:36   EMAIL RCVD FROM DEE AT CLIENT Please honor the request of
                          AYA 05/07/20  9:36   the EOB and close this one out.  If this is on the patient
                          AYA 05/07/20  9:36   credit please have it removed.
                          AYA 05/07/20  9:37   Cleared disputed flag on account et CBDEL index 1797510729
                          AYA 05/07/20  9:37   (A-86549439)
                          AYA 05/07/20  9:37   Marked account for credit bureau removal et CBDEL index
                          AYA 05/07/20  9:37   1797510730 (A-86549439)
                          AYA 05/07/20  9:37   Created a Link request using Service Type ARSBANKODEL et
                          AYA 05/07/20  9:37   CBDEL index 1797510731 (A-86549439)
                          AYA 05/07/20  9:37   Cleared disputed flag on account et DELCLOSE index
                          AYA 05/07/20  9:37   1797510733 (A-86549439)
                          AYA 05/07/20  9:37   No open tradeline at credit bureau et DELCLOSE index
                          AYA 05/07/20  9:37   1797510734 (A-86549439)
                          AYA 05/07/20  9:37   Cleared disputed flag on account et CBDEL index 1797510735
                          AYA 05/07/20  9:37   (A-86549439)
                          AYA 05/07/20  9:37   No open tradeline at credit bureau et CBDEL index
                          AYA 05/07/20  9:37   1797510736 (A-86549439)
                          AYA 05/07/20  9:37   Created a Link request using Service Type ARSBANKODEL et
                          AYA 05/07/20  9:37   CBDEL index 1797510737 (A-86549439)
                          AYA 05/07/20  9:37   9000 CANCEL set c.c. CKP w/ovrde N et 0900 index 1797510732
                          AYA 05/07/20  9:37   9000 Can Desc: CLOSE PER CLIENT
                          AYA 05/07/20  9:37   Created a Link request using Service Type ARSBANKODEL et
                          AYA 05/07/20  9:37   0900 index 1797510738 (A-86549439)
                          AYA 05/07/20  9:37   Cleared disputed flag on account et DELCLOSE index
                          AYA 05/07/20  9:37   1797510739 (A-86549439)
                          AYA 05/07/20  9:37   No open tradeline at credit bureau et DELCLOSE index
```

```
                              AYA 05/07/20  9:37   1797510740 (A-86549439)

   10/22/20                                ACCOUNT RESOLUTION SERVICES
PAGE 15
    2:16 PM  PJB                                    SELECTED
                              AYA 05/07/20  9:37   0900 REQUEST TO CANCEL
                              AYA 05/07/20  9:37   LN (ARSBANKODEL) Created skiptrace request for 'DEMO'
                              AYA 05/07/20  9:37   window 2 (TID #136963336).
                              AYA 05/07/20  5:15P LN (ARSBANKODEL) Received skiptrace results for 'DEMO'
                              AYA 05/07/20  5:15P window 2 (TID #136963336).
                              nje 05/08/20  1:00   Cleared disputed flag on account et DELCLOSE index
                              nje 05/08/20  1:00   1797616940 (A-86549439)
                              nje 05/08/20  1:00   No open tradeline at credit bureau et DELCLOSE index
                              nje 05/08/20  1:00   1797616941 (A-86549439)
                              nje 05/08/20  1:00   Cleared disputed flag on account et CBDEL index 1797616942
                              nje 05/08/20  1:00   (A-86549439)
                              nje 05/08/20  1:00   No open tradeline at credit bureau et CBDEL index
                              nje 05/08/20  1:00   1797616943 (A-86549439)
                              nje 05/08/20  1:00   Created a Link request using Service Type ARSBANKODEL et
                              nje 05/08/20  1:00   CBDEL index 1797616944 (A-86549439)
                              nje 05/08/20  1:00   9999 INACTIVE sys
                              nje 05/08/20  1:00   Cancel back principal 2811.58
                              nje 05/08/20  1:01   LN (ARSBANKODEL) Created skiptrace request for 'DEMO'
                              nje 05/08/20  1:01   window 2 (TID #136967630).
                              nje 05/08/20  5:15P LN (ARSBANKODEL) Received skiptrace results for 'DEMO'
                              nje 05/08/20  5:15P window 2 (TID #136967630).
                              MXD 05/20/20 10:32   MM GVN DBTR INS CLLD FOR INFO
                              MXD 05/20/20 10:33   (gc) Inbound call from 321-987-6596
                              wwd 05/28/20 11:24   WEB Accessed - Recvd HIPAA Disclosure
                              JIP 05/28/20 11:28   (gc) Inbound call from 352-348-7714
                              JIP 05/28/20 11:33   MM DBTR WANTED TO SEE IF ACCT CLOSED I ADV CLOSED PER
                              JIP 05/28/20 11:33   CLIENT WILL BE REMOVED
                              wwd 05/29/20  8:23   WEB Accessed - Recvd HIPAA Disclosure
                              wwd 05/29/20  1:23P WEB Accessed - Recvd HIPAA Disclosure
                              RMM 06/01/20  7:59   RECVED EMAIL-
                              RMM 06/01/20  7:59   Would you please provide an update to my account? I had an
                              RMM 06/01/20  7:59   outstanding balance of $2,811 which I believed was an
                              RMM 06/01/20  7:59   error. The agent on the phone told me that the account has
                              RMM 06/01/20  7:59   been closed by ARS but was unable to provide any details.
                              RMM 06/01/20  8:00   ACCT HAVE BEEN CLOSED ON 05/08/2020. PLS ADVISE THE DEBTOR
                              RMM 06/01/20  8:00   TO GO TO ARSPAYMENT & GO TO THE VIEW MY NOTICES TAB 10AM
                              RMM 06/01/20  8:00   Letter #21 CBDlNote Cred Bureau Del requested   1
                              nje 06/02/20  7:30   Letter #21 CBDlNote Cred Bureau Del sent   1
                              nje 06/02/20  7:30   enDO NORDRECM changed DU20114 from 03232020 to 060220
                              RMM 06/04/20  8:56   DELETE TRANS, EXP AND EQU AUD  99515842


    ** END OF REPORT **
```