UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIKE BRINKMAN,

    Plaintiff,

v.                                                   Case: 8:20-cv-02453-VMC-AAS

ACCOUNT RESOLUTION SERVICES, LLC.,

    Defendant.
_____/

**JOINT NOTICE OF COMPLIANCE WITH COURT ORDERED IN PERSON CONFERENCE IN PREPARATION OF JOINT PRETRIAL STATEMENT AND SUPPORTING MATERIALS**

Plaintiff Mike Brinkman ("Plaintiff") and Defendant Account Resolution Services, LLC ("ARS")[1] jointly files this Joint Notice of Compliance with Court-Ordered in Person Conference in preparation for the Joint Pretrial Statement and Supporting materials and state:

1.    On November 11, 2021, Lead Counsel for each Party conducted an in person meeting at the Law Office of Morgan & Morgan located in Tampa, Florida.

---

[1] The legal name of the Defendant is Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services.

2. Prior to said meeting the Parties had prepared a working draft of the Joint Pretrial Statement, Jury Instructions, Witness List and Exhibit List.

3. During the conference, the Parties exchanged preliminary witness and exhibit list and created a private Dropbox to store and mutual share trial exhibits.

4. The Parties further discussed settlement options and interest, joint handling of common exhibits, any disputes or objections to proposed exhibits, the anticipated length of trial, any potential conflicts during the January trial period and an understanding to continue to exchange working drafts of each of the required documents, so that documents could be finalized and filed on or before December 2, 2021.

WHEREFORE, Plaintiff and ARS respectfully inform this Court that both counsels have complied with this Court's trial order and have met with each other prior to the Court's November 22, 2021 deadline.

Dated this 22nd day of November 2021.

Respectfully submitted,

| | |
|---|---|
| **/s/ *Octavio "Tav" Gomez*** | **/s/ *Ernest H. Kohlmyer, III*** |
| Octavio "Tav" Gomez | Ernest H. Kohlmyer, III |
| Florida Bar No.: 0338620 | Florida Bar No.: 110108 |
| Morgan & Morgan, Tampa, P.A. | Shepard Smith Kohlmyer & Hand, PA |
| 201 N. Franklin Street, Suite 700 | 2300 Maitland Ctr Pkwy, Suite 100 |
| Tampa, Florida 33602 | Maitland, Florida 32751 |
| Telephone: (812) 225-6745 | Tel: 407-622-1772 |
| Facsimile: (813) 983-2889 | Fax: 407-622-1884 |
| TGomez@ForThePeople.com | *skohlmyer@shepardfirm.com* |
| Lsommers@ForThePeople.com | *Attorneys for Defendant ARS* |
| *Attorney for Plaintiff* | |